**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
STEPHANIE A. GALLAGHER
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7780
Fax (410) 962-1812

April 21, 2022

LETTER ORDER

    RE:    *Maryland Shall Issue, Inc. et al. v. Anne Arundel County*,
            Civ. No. SAG-22-865

Dear Counsel:

    This Court is in receipt of the Plaintiffs' motion for a temporary restraining order, preliminary injunction, and summary judgment, which was filed on April 20, 2022, ECF 6. Defendants have not yet appeared in this case, although their deadline to respond to the Complaint has not yet passed. At this point, because a temporary restraining order is a form of emergency relief, this Court is primarily concerned with resolving that portion of Plaintiffs' motion. Accordingly, Defendants are directed to file any opposition to Plaintiffs' motion for a temporary restraining order on or before **Friday, April 29, 2022**, unless the parties agree to a different briefing schedule. Defendants may limit their opposition to the portion of Plaintiffs' motion that requests a temporary restraining order and may separately oppose Plaintiffs' motion for summary judgment on or before their deadline to do so under the Federal Rules of Civil Procedure and this Court's Local Rules.

    Despite the informal nature of this letter, it is an order of the Court and will be docketed as such.

Sincerely,

/s/

Stephanie A. Gallagher
United States District Judge