Re: Fwd: Activity in Case 1:22-cv-00865-SAG Maryland Shall Issue, Inc. et al v. Anne Arundel County, Maryland Summons Issued

Case 1:22-cv-00865-SAG   Document 14-1   Filed 04/27/22   Page 1 of 2

**Subject:** Re: Fwd: Activity in Case 1:22-cv-00865-SAG Maryland Shall Issue, Inc. et al v. Anne Arundel County, Maryland Summons Issued
**From:** "Mark W. Pennak" <m.pennak@me.com>
**Date:** 4/12/2022, 1:46 PM
**To:** "htyler@aacounty.org lwmcka21"@aacounty.org
**BCC:** Edward Hershon <ed@HershonLegal.com>

Mr. Tyler: Per our phone conversation just now in which the County agreed to accept service in this matter by email, please find attached the complaint filed in the case yesterday and the summons entered by the clerk today. Also attached is the civil cover sheet filed today. Thank you for agreeing to accept service in this manner.

After you have had a chance to look over the papers, I would like to talk with you regarding whether the County would agree to suspend enforcement of Bill 108-21 pending the outcome of this suit in district court. I can represent to you that we will make every effort to move the case along expeditiously. We see the case as presenting pure questions of law. You can reach me on my cell at 301 873 3671 or at this email address. Thanks again. Mark W. Pennak, Counsel for plaintiffs.

cc: Ms McKay.

On 4/12/2022 11:36 AM, Mark W. Pennak wrote:

> Mr. Tyler, Ms McKay: The captioned matter was filed in federal district court yesterday, on 04/11/2021. The County is the named defendant. The plaintiffs are the same parties that challenged Bill 109-21 in Anne Arundel Circuit Court. The suit challenges on First Amendment grounds County Bill 108-21. Please advise whether County will accept service by email. Thanks.
>
> Mark W. Pennak, Counsel for Plaintiffs.
>
> -------- Forwarded Message --------
> **Subject:** Activity in Case 1:22-cv-00865-SAG Maryland Shall Issue, Inc. et al v. Anne Arundel County, Maryland Summons Issued
> **Date:** Tue, 12 Apr 2022 11:28:02 -0400
> **From:** MDD_CM-ECF_Filing@mdd.uscourts.gov
> **To:** MDDdb_ECF@mdd.uscourts.gov
>
>
> **This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
> **\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free

Re: Fwd: Activity in Case 1:22-cv-00865-SAG Maryland Shall Issue, Inc. et al v. Anne Arundel County, Maryland Summons Issued

Case 1:22-cv-00865-SAG   Document 14-1   Filed 04/27/22   Page 2 of 2

copy and 30 page limit do not apply.

## U.S. District Court

### District of Maryland

## Notice of Electronic Filing

The following transaction was entered on 04/12/2022 at 11:09:26 AM EDT and filed on 04/12/2022

**Case Name:** Maryland Shall Issue, Inc. et al v. Anne Arundel County, Maryland
**Case Number:** [1:22-cv-00865-SAG](#)
**Filer:**
**Document Number:** [2](#)

**Docket Text:**
**Summons Issued 21 days as to Anne Arundel County, Maryland.(dass, Deputy Clerk)**

**1:22-cv-00865-SAG Notice has been electronically mailed to:**

Mark William Pennak     [m.pennak@me.com](mailto:m.pennak@me.com)

**1:22-cv-00865-SAG Notice will not be electronically delivered to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=4/12/2022] [FileNumber=10685457-0] [a6620f877ec312e589a11ef156907fc5394242346c5c416312d2fd547a61b05610 48516c2914ea4f0f97a4758cfd10d74fd08328b0df853ee371f5c30e854da5]]

*This is a re-generated NEF. Created on 4/12/2022 at 11:28 AM EDT*

Attachments:

| | |
|---|---|
| Civil Cover Sheet as filed.pdf | 196 KB |
| summons signed by Clerk.pdf | 507 KB |
| Complaint as filed.pdf | 7.1 MB |