IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Maryland Shall Issue, Inc., et al.
\*

    Plaintiff(s)
\*

    vs.      Civil Action No. SAG-22-865
\*

Anne Arundel County, Maryland
\*

    Defendant(s)
\*\*\*\*\*\*

## SCHEDULING ORDER

<u>DEADLINES</u>

| Date | Deadline |
|---|---|
| July 15, 2022: | The County shall identify any experts |
| August 15, 2022: | Plaintiffs shall identify any rebuttal experts |
| August 31, 2022: | The parties shall complete all discovery |
| September 15, 2022: | Plaintiffs' Motion for Summary Judgment. In the event Plaintiffs do not re-file a Motion for Summary Judgment, their April 20, 2022, Motion for Summary Judgment in the Alternative will be considered their Motion for Summary Judgment. |
| September 30, 2022: | Defendant's Opposition and Cross-Motion for Summary Judgment |
| October 10, 2022: | Plaintiffs' Reply and Opposition to Defendant's Cross-Motion for Summary Judgment |
| October 20, 2022: | Defendant's Reply |

Date: <u>May 11, 2022</u>        /s/
                                             Stephanie A. Gallagher
                                             United States District Judge