# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.* | * |
| Plaintiffs, | * |
| v. | *   Civil Action No.: 1:22-cv-00865-SAG |
| ANNE ARUNDEL COUNTY, MD | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of the parties' Joint Request to Modify the Scheduling Order, it is by the United States District Court for the District of Maryland,

ORDERED that the Joint Motion to Modify the Scheduling be, and hereby is GRANTED; and it is further,

ORDERED that the following shall reflect the modified scheduling order dates:

Anne Arundel County Expert Identification and Reports: **July 29, 2022**
Plaintiffs' Expert Identification and Reports: **August 29, 2022**
Completion of Discovery: **September 14, 2022**
Plaintiffs' motion for summary judgment: **September 29, 2022**
Anne Arundel County's Response and/or Cross-Motion: **October 14, 2022**
Plaintiffs' Reply and/or Response to Cross-Motion: **October 31, 2022**
Anne Arundel County's Cross-Motion Reply: **November 10, 2022**

| | |
|---|---|
| July 6, 2022 | /s/ |
| Date | THE HONORABLE STEPHANIE A. GALLAGHER |

{00368933.DOCX; 1}