1

2

3

4

5    Expert Report, Maryland Shall Issue v. Anne Arundel County

6

7    Gary Kleck

8    College of Criminology and Criminal Justice

9    Florida State University

10   Tallahassee, Florida 32306-1273

11

12   August 25, 2022

13

**EXHIBIT G**

**My Qualifications**

I am an Emeritus Professor of Criminology and Criminal Justice at Florida State University. I received my doctorate in Sociology from the University of Illinois in 1979, where I received the University of Illinois Foundation Fellowship in Sociology. I was the David J. Bordua Professor of Criminology at Florida State University from 1978 to 2016. My research has focused on the impact of firearms and gun control on violence, and I have been called "the dominant social scientist in the field of guns and crime" (Vizzard, 2000, p. 183).

I have published the most comprehensive reviews of evidence concerning guns and violence in the scholarly literature, which informs and serves as part of the basis of my opinions. I am the author of Point Blank: Guns and Violence in America, which won the 1993 Michael J. Hindelang Award of the American Society of Criminology, awarded to the book of the previous several years which "made the most outstanding contribution to criminology." Subsequently, I authored Targeting Guns (1997) and, with Don B. Kates, Jr., The Great American Gun Debate (1997) and Armed (2001).

I have published scholarly research in all of the leading professional journals in my field. Specifically, my articles have been published in the American Sociological Review, American Journal of Sociology, Social Forces, Social Problems, Criminology, Journal of Criminal Law and Criminology, Law & Society Review, Journal of Research in Crime and Delinquency, Journal of Quantitative Criminology, Law & Contemporary Problems, Law and Human Behavior, Law & Policy Quarterly, Violence and Victims, Journal of the American Medical Association, and other scholarly journals.

More specifically, I have published seven scholarly articles and chapters on the relationship between firearms and suicide.

1

2        I have testified before Congress and state legislatures on gun control issues, and worked as

3    a consultant to the National Research Council, National Academy of Sciences Panel on the

4    Understanding and Prevention of Violence, as a member of the U.S. Sentencing Commission's

5    Drugs-Violence Task Force, and, most recently, as a member of the Institute of Medicine and

6    National Research Council Committee on Priorities for a Public Health Research Agenda to

7    Reduce the Threat of Firearm-Related Violence. I am a referee for over a dozen professional

8    journals, and serve as a grants consultant to the National Science Foundation.

9        Finally, for over 30 years I taught doctoral students how to do research and evaluate the quality

10   of research evidence.  I taught graduate courses on research design and causal inference, statistical

11   techniques, and survey research methodology. My current curriculum vitae is attached as

12   Appendix A..

13       I am being compensated for my work at the rate of $400 per hour.

14

15   **My Expert Opinions**

16       Anne Arundel County (hereinafter "the County") compels firearms dealers to distribute a

17   pamphlet ("Firearms and Suicide Prevention") that asserts that "Access to lethal means including

18   firearms and drugs" is a "risk factor" for suicide, further explaining that "risk factors are

19   characteristics or conditions that increase the chance that a person may try to take their life."  That

20   is, the County, via this pamphlet, is claiming that access to firearms causes an increased chance of

21   a person committing suicide.  This assertion will be hereafter referred to as "the suicide claim."

22       It is my expert opinion that the suicide claim is not supported by the most credible available

23   scientific evidence and is probably false.  The suicide claim is contradicted by much of the

1  available scientific evidence, and is indisputably *not* purely factual and uncontroversial

2  information.

3      Further, as a logical point, the County's mandate to require only firearms dealers to distribute

4  this pamphlet is under-inclusive as to who might be distributing materials whose availability might

5  affect suicide. The ordinance does not require pharmacies to distribute the pamphlet, even though

6  it explicitly identifies access to drugs as a risk factor for suicide.  Further, the pamphlet cited

7  "firearms and drugs" in a non-comprehensive way, as merely as examples of "lethal means," using

8  the wording "Access to lethal means *including* firearms and drugs" (emphasis added).  The

9  ordinance, however, does not require hardware stores and other suppliers of rope to distribute the

10  pamphlet, even though rope can be used to fashion a noose for use in a suicide.  This is especially

11  noteworthy in light of the fact that hanging is the second-most common method of suicide in the

12  United States (Kleck 2019a).  Likewise, the ordinance does not require the owners of tall apartment

13  buildings and hotels to distribute the pamphlet, even though jumping from high places is also a

14  common method of suicide.  The narrow, indeed exclusive, focus of the ordinance on firearms

15  dealers is arbitrary and inconsistent with accepted information on the many and varied ways that

16  people commit suicide.

17      The exclusive focus on firearms dealers could conceivably be justified if shooting was a

18  uniquely lethal method of suicide, but it is not.  The best available national data indicates that there

19  is no significant difference in the percent of suicide attempters who die between those who attempt

20  suicide by hanging (the second-most common suicide method) and those who do so by shooting

21  (Kleck 2019a, pp. 317-320).  Indeed, there are subtypes of most other suicide methods that are

22  almost certainly 100% fatal, such as jumping from a 20th story window or a similarly high bridge

23  or cliff, or swallowing 30 barbiturate tables in combination with a pint of alcohol.   Thus, there is

1    no justification for the County's ordinance to require only firearms dealers to distribute suicide

2    prevention materials.

3

**The Evidence on the Potential Effect of Gun Access on Suicide**

*Popular Opinion.*

6    Leaving aside scientific evidence for the moment, the County's suicide claim is highly

7    controversial in the sense that it is contrary to the views held by the vast majority of Americans.

8    The issue of whether gun access makes suicide more likely was posed in the following way to a

9    representative sample of U.S. adults in a national survey conducted for the Pew Research Center

10   in April of 2017.  Respondents were asked:

11         "Thinking about people who commit suicide using a gun, which comes closer to your view,
12             even if neither is exactly right?...
13
14         -    They would find a way to do it whether they had access to a gun or not.
15
16         -    They would be less likely to do it if they didn't have access to a gun."
17
18   75% endorsed the first view, that those attempting suicide with gun would, if denied a gun, still

19   have committed suicide (Roper Center, 2022 - iPoll Database).   In short, three out of four

20   Americans would disagree with the County's claim the access to firearms causes an increase in

21   the chance that a person will commit suicide.

22   *The Purported Scientific basis for the Suicide Claim – Case-control Studies.*

23   The purported scientific basis for the suicide claim consists almost entirely of poor quality

24   "case-control" studies.  These are studies that compare persons who committed suicide with people

25   who did not – either persons still living or persons who had died of some non-suicide cause.  As

26   nonexperimental studies, the validity of their findings is critically dependent on the extent to which

researchers statistically control or adjust for confounding factors.  In this context, a confounding factor would be an attribute that affects suicide but that also happens to be correlated with access to firearms.  For example, gender is a confounder since being male increases the likelihood of committing suicide but also makes it more likely a person will own guns.  If a researcher measured the association between guns and suicide but failed to control for gender, they would attribute a higher likelihood of committing suicide to gun access that was actually due to being male.

To illustrate how important controlling for confounders is, consider one of the confounders, suicidal intent (SI).  No one disputes that having a stronger desire or motivation to kill one's self makes it more likely that the person will actually do so.  A stronger SI, however, is also likely to induce some people to acquire a gun for the purpose of carrying out the suicide attempt.  Even if possessing or using a gun did not actually influence whether a person attempted suicide or whether an attempt was fatal, one could still find higher gun ownership among those who killed themselves because people *believed* that shooting was more lethal than other methods.  That is, one would find a positive guns/suicide association.  But this would be a non-causal "spurious" association between guns and suicide.  Having a gun does not necessarily cause a higher risk of suicide; rather, having a stronger SI caused the higher risk of suicide, and also caused a higher likelihood of gun ownership (to provide the means for committing suicide), creating a non-causal association between gun ownership and suicide.

One need not speculate what happens to the guns/suicide association once suicidal intent is controlled, because Brent and his colleagues (1988) measured SI and controlled for it while estimating the suicide/guns association.  Before controlling for SI, there was a strong, significant association between gun access and suicide.  Once the researchers introduced a control for SI, the association was no longer significant.  The finding was later replicated in another analysis of

1  a somewhat larger overlapping sample by the same group of researchers.  When they introduced

2  the control for SI, the guns/suicide association was halved (Brent et al. 1991).

3      What makes case-control studies so hard to execute in a competent fashion likely to yield

4  credible findings about the effect of gun access is that there are so many confounders.  That is,

5  many suicide risk factors happen to be correlated with gun ownership, and the confounders' effects

6  are easily confused with any possible effects of gun access on suicide.

7      The following are partial lists of some of the likely confounders that should be controlled

8  in case-control studies, but almost never are.  We can start with a list of some variables that are

9  *known* to be associated with both gun ownership and suicide, and then consider variables known

10  to be related to gun ownership, for which there also are strong theoretical reasons to expect that

11  they affect suicide, but no empirical evidence testing the proposition.

12      a.  <u>*Known*</u> *Confounders of the Guns/Suicide Association*

13      The first set of variables are those that have empirically documented associations with

14  both gun ownership/possession and suicide:

15  (1) <u>Strength of suicidal intent</u> (in studies that compared completed suicides vs. attempts).  No

16  one disputes that persons more determined to kill themselves are more likely to do so - the

17  proposition is virtually a tautology.  It is also true, however, that people more intent on

18  committing suicide are more likely to choose more lethal suicide methods such as shooting or

19  hanging to attempt suicide, and some will acquire guns specifically for the purpose of using them

20  to commit suicide.  Supporting these ideas, Brent et al. (1988) initially found a significant

21  positive guns/suicide association, but once they controlled for strength of suicidal intent, no

22  significant association remained.

1    (2) Age. Middle-aged persons are more likely to own guns (Kleck 1997, p. 101) and more likely

2    to commit suicide (Wiebe 2003, p. 777).

3    (3) Sex.  Males are more likely to own guns (Kleck 1997, p. 101)  and more likely to commit

4    suicide (Wiebe 2003, p. 777) .

5    (4) Race. African-Americans are less likely to own guns than whites (Kleck 1997, p. 101), and

6    less likely to commit suicide (Centers for Disease Control and Prevention 2016).

7    (5) Region.  People living in the Northeast part of the U.S. are less likely to own guns than

8    people in other regions (Kleck 1997, p.101), and less likely to commit suicide (Wiebe 2003, p.

9    779).

10    (6) Marital status.  Married people are more likely to own guns than unmarried people (Kleck

11    1997, p.101), and are less likely to commit suicide (Wiebe 2003, p. 779).

12    (7) Income.  Poor people are less likely to own guns than middle- or upper-income people (Kleck

13    1997, p. 101), but more likely to commit suicide (Wiebe 2003, p. 777).

14    (8) Living alone.  People who live alone are less likely to own guns than persons who live with

15    others (Kleck 1997), and (surprisingly) are also less likely to commit suicide (Wiebe 2003, p.

16    779).

17    (9) Education.  College graduates are less likely to own guns (Kleck 1997, p.102), and less likely

18    to commit suicide (Wiebe 2003, p. 777).

19    (10) Population size of place of residence.  People who live in places with larger populations are

20    less likely to own guns (Kleck 1997, p. 102), and less likely to commit suicide than people who

21    live in places with smaller populations (Wiebe 2003, p. 779).

22     (11) Alcoholism or heavy drinking.  Alcohol abuse and heavy drinking are positively associated

23    with gun ownership (Brent 2001; Hemenway and Miller 2002) and positively associated with

1  suicide (Brent, Perper, and Allman 1987; Kellermann 1992; Rivara, Mueller, Somes, Mendoza,

2  and Kellermann 1997; Brent 2001).

3  (12) <u>Illicit drug use</u>.  Illicit drug use is positively associated with firearm ownership (Carter,

4  Walton, Newton, Cleary, Whiteside, Zimmerman and Cunningham 2013; Rivara et al. 1997),

5  and positively associated with suicide (Kellermann 1992; Brent 2001).

6  (13) <u>Gang membership</u>. Gang members are more likely to own guns than other youth (Callahan

7  and Rivara 1992, p. 3042) and are more likely to commit suicide (Knox and Tromanhauser

8  1999).

9  (14) <u>Experience as a victim of violent crime, especially sexual assault</u>.  Experience as a victim of

10  violent crime is positive associated with gun ownership (Kleck 1997)  and positively associated

11  with suicide (Bryan, Mcnaugton-Cassill, Osman, and Hernandez 2013).

12  (15) <u>Sociability</u>.  Diener and Kerber (1979) found that gun owners are less sociable than

13  nonowners.  Those who are more socially isolated and who have less social support are more

14  likely to commit suicide (Trout 1980).

15      b.  *Likely Confounders of the Guns/Suicide Association*

16      The following are variables known to be related to gun ownership, and for which there is

17  sound theoretical reasons to believe that they would affect suicide, but as yet no empirical

18  evidence testing such effects.

19   (16) <u>Self-reliance/self-blame</u>.  Gun owners are known to be more self-reliant (Feagin 1970), and

20  there are sound reasons to believe this makes people more prone to suicide.  A person possessing

21  a personality that emphasizes self-reliance and a belief that they are in charge of their own fate is

1    also more likely to believe that they are to blame for their own problems when things go wrong.

2    A person who blames themselves for their problems is more likely to commit suicide.

3    (17) <u>Residence in a high-crime area</u>.  Living in high-crime places makes people more likely to

4    acquire guns for self-protection, especially handguns (Kleck 2015, p. 44), and the many life

5    stresses common to such places are likely to make suicide more likely.

6    (18) <u>Perception of the world as a hostile place</u>.  People who believe they are surrounded by

7    threats of victimization are more likely to own guns for self-protection (Kleck 1997), but also

8    more likely to believe there are few people around them who would be willing to help them with

9    their problems.  This lack of felt social support is likely to raise the risk of suicide.

10   (19)  <u>Drug dealing</u>.  Drug dealing is positively associated by possession of firearms (Sheley and

11   Wright 1992), and is likely to be positively correlated with suicide due to both the misery

12   produced by the drug addiction that commonly accompanies drug dealing and the intense

13   emotional stress produced by the ongoing risk of arrest, imprisonment, or death at the hands of

14   one's customers and competitors.

15          This list is by no means comprehensive.  One could no doubt add still more variables to

16   the list.  Controlling for these 19 variables can nevertheless be seen as the start of a serious effort

17   to estimate the causal effect of gun ownership on suicide.  One distinct pattern evident among

18   these confounders should be stressed: almost all are factors that are positively correlated with

19   both gun ownership and suicide.  The effect of failing to control for such a variable is to bias the

20   estimate guns/suicide association upward, i.e. to make it larger and more positive, and thus more

21   supportive of the suicide claim than it should be.  Analysts failing to control for a variable like

22   this will wrongly attribute to gun ownership the suicide-elevating effects of the confounder.  The

23   more confounders of this type the researcher fails to control, the worse the distortion.

1    How well have case-control researchers studying the gun/suicide association done in

2    controlling for confounders?  Based on my systematic 2019 review of the case-control literature

3    (Kleck 2019a, <u>Gun Studies</u> chapter 17), the short answer is "very poorly."  *Not a single study has*

4    *controlled for even half of the aforementioned confounders.*  Most researchers controlled for

5    fewer than four confounders and many controlled for none at all!

6    Further, it is evident that most of the researchers in this field have not even made an

7    earnest effort to identify confounders.  Doing so would necessarily require reviewing research on

8    the correlates of gun ownership, not just the determinants of suicide.  Yet none of the authors of

9    case-control studies cite even a single review of gun ownership patterns (e.g. Wright and Rossi

10   1986; Sheley and Wright 1995; Kleck 1997), and usually do not even discuss whether their

11   control variables are correlated with gun ownership.  Variables uncorrelated with gun ownership

12   do not have any effect on the guns/suicide association, so only controls for variables that *are*

13   correlated with gun access, as well as suicide, help produce less biased estimates of the effect of

14   gun access on suicide.  Unless authors in this area have been unusually modest about their

15   scholarly efforts, and failed to report reviews of gun correlates that they did conduct, they could

16   not have made a systematic search for confounders since this necessarily would have required

17   knowing the correlates of gun ownership.  Instead, the common practice appears to be to include

18   in the analysis whatever correlates of suicide have been identified by prior suicide researchers,

19   no matter how poorly chosen, and regardless of whether they are correlated with gun ownership.

20   <u>Summary of the Case-control Research</u>: Until researchers make a serious effort to

21   measure and control for confounding variables, case-control studies will have little to say about

22   the causal effect of gun access on suicide.  Thus, the case-control literature does not offer a

23   credible scientific basis for the County's suicide claim.

1

2

3    *A Contrary Body of Evidence: Macro-level Studies of the Association of Gun Rates and Suicide*

4        *Rates*

5        Macro-level studies examine the association of gun rates with suicide rates among

6    aggregates like the populations of cities, states, regions, or nations.  For example, some

7    researchers have studied whether nations with higher gun ownership rates have higher suicide

8    rates (e.g. Kleck, 2021).  Since committing suicide with a gun requires, as a matter of definition,

9    access to a gun, it is no surprise that places with higher gun ownership rates have higher rates of

10    *gun* suicide.  This, however, does not imply that more people commit suicide in places with more

11    gun ownership, since it may only mean that a higher fraction of people who kill themselves do so

12    with guns. The critical issue, then, is whether higher gun rates cause higher *total* suicide rates.

13        Of 29 macro-level studies, 15 found no significant association between gun rates and

14    total suicide rates (Kleck 2019b, Table 1).  The full body of research, however, is even less

15    supportive of the suicide-elevating effect of guns than this distribution of findings suggests, since

16    the supportive studies are far more technically flawed than the studies yielding unsupportive

17    findings.  Much of this body of research is plagued by the same methodological problems

18    afflicting case-control studies,  For example, this review found that in 26 of 32 analyses, the

19    researchers did not control for a single variable that was shown to be significantly related to

20    suicide rates, and only two of the remaining six controlled for more than three such variables.

21        This problem makes a huge difference in the results.  For example, Miller, Lippman,

22    Azrael and Hemenway (2007) reported a significant suicide/guns association controlling for six

23    variables, but my reanalysis of their data found that none of their six control variables were

1   confounders.  Five of the six were not significantly related to suicide rates, and the remaining

2   one was not correlated with gun ownership.  When I reestimated their model including six

3   genuine confounders, 84% of the suicide/guns association disappeared, and the remaining

4   association was not significantly different from zero (Kleck 2019b, Table 2).

5        Many macro-level studies are also flawed because they use invalid or "contaminated"

6   measures of gun ownership levels.  A gun measure can be contaminated in the sense that it

7   includes counts of suicide.  Some researchers used the percent of suicides committed with guns

8   (PSG) as a measure of gun levels, i.e. gun suicides/total suicides.  This is problematic because

9   the number of gun suicides is also part of the suicide rate, (gun suicides + nongun

10  suicides)/population.  Thus, an analyst who uses PSG as a gun measure and finds it related to the

11  suicide rate is to some extent finding that the number of gun suicides is correlated with itself – a

12  meaningless finding.  Of 32 macro-level analyses, 12 used contaminated or invalid measures of

13  gun levels.

14        Excluding the most flawed studies, the findings of macro-level studies are

15  overwhelmingly contrary to the proposition that more access to firearms causes more suicides.

16  The technically strongest macro-level studies find no significant association between gun

17  ownership rates and total suicide rates.  All studies that reported controlling for more than two

18  significant confounders and that used an uncontaminated measure of gun levels found that higher

19  rates of gun ownership are not significantly associated with higher rates of *total* suicide rates

20  (Kleck 2019b, Table 1).

21        More access to guns appears to affect how many people *use guns* to commit suicide, but

22  not how many kill themselves (Kleck 2019b).  There is no public health benefit to merely getting

23  people to kill themselves with non-firearms methods but without reducing the total number of

1   people who kill themselves.  Thus, a gun control measure that appeared to reduce firearms

2   suicide but not total suicides would be a failure from the standpoint of public health.  This is why

3   the County's experts' citation of the association of gun availability (or gun control laws)  with

4   *firearms* suicide, but without addressing its association with total suicide is so misleading (for

5   examples, see Kalyanaraman 2022, p. 4, Point 16, citation of Siegel study; p. 5, Point 16,

6   concluding sentence).

7   **Claims by the County's Experts**

8          Anne Arundel County (hereafter "the County")  offers reports from two individuals,

9   Alexander McCourt (hereafter AM) and Nilesh Kalyanaraman (hereafter NK).  The latter is not

10  in any meaningful sense an expert on the effects of firearms or gun control measures on suicide,

11  so his expert report can carry no weight regarding the accuracy of the claims in the "Firearms

12  and Suicide Prevention" pamphlet that access to firearms increases "the chance that a person

13  may try to take their life."  NK has never published a single scholarly article on this issue, and

14  does not claim to have ever conducted any relevant research.  His second-hand knowledge of the

15  research of others is highly selective, primitive, and wholly uncritical.  His report makes no

16  effort to distinguish technically stronger studies from weaker ones, and uncritically accepts the

17  conclusions stated even in the most seriously flawed studies.  The report shows no evidence that

18  NK was even aware of the critical flaws afflicting the research he cites, or that he ever received

19  any training that would allow him to identify methodological flaws or know what research

20  procedures are available to avoid or ameliorate those problems.

21         More specifically, NK never once addresses the principal flaw in the research in this area

22  – the failure to control for confounding variables.  Without statistically controlling for

23  confounding variables, it is impossible to reliably assess the impact of firearms access or

1   separate its impact from that of suicide-affecting factors with which gun access happens to be

2   correlated.  Like Dr. McCourt, NK shows no sign of even being aware of this problem, never

3   mind applying such knowledge to assessing the scientific reliability of the studies on which he

4   relies.

5          The report of Dr. McCourt (AM) requires more detailed consideration because AM has

6   more serious credentials bearing on whether firearms access is a risk factor for suicide.

7   Nevertheless, his Expert Report is seriously misleading regarding what the scientific literature

8   has to say about this question.

9          AM's summary of what he believes research has shown on this question is compromised

10  by his complete failure to apply any critical standards to the studies on which he relies.  As far as

11  one can tell from his Report, he considers all research equally valid, and believes that one can

12  always take researchers' conclusions at face value.  This is not an accepted scientific stance and

13  is especially unhelpful when one is assessing a body of research as seriously flawed as the

14  research on the impact of firearms on suicide.  Each of the studies on which AM relies have their

15  own serious problems, but one that characterizes all of them is the aforementioned failure to

16  control for confounding variables.  Studies such as those cited in AM's Point 7 (p. 2, fn. 3-7)

17  made no serious effort to do this, instead only performing irrelevant controls for variables that

18  either had no significant effect on suicide or had no known correlation with gun ownership.

19  Controlling for such variables is worthless in an effort to isolate the effect of gun access.

20         AM's characterization of the macro-level research on the effect of gun access on suicide

21  is inaccurate.  Macro-level research studies can examine any large units or populations such as

22  states, counties, cities, regions, or nations.  AM's carefully worded claim is that "*State-level*

23  *analyses* have found that states with higher rates of gun ownership generally have higher levels

1   of overall suicide and firearm suicide" (p. 2, Point 7, emphasis added).  This claim is misleading

2   because most macro-level studies other than those examining states have *not* found that areas

3   with higher rates of gun ownership have higher levels of overall suicide.  If one does not cherry-

4   pick state-level studies and comprehensively reviews the entire body of macro-level studies, one

5   finds that there is generally no relationship between firearm rates and overall suicide rates (Kleck

6   2019a, Table 1, pp. 939-941.  I found that 15 of 29 macro-level analyses found no significant

7   association between these variables.

8           More significantly, only the most methodologically flawed macro-level studies find

9   support for this claim.  These poor quality studies all have at least one, and usually most of the

10  following flaws:

11       (1) they fail to control for confounders, i.e. other factors that both affect suicide rates and are

12           correlated with gun ownership rates,

13       (2) they use an invalid measure of gun ownership levels,

14       (3) they study extremely small samples of areas (as few as six), yielding high unstable

15           results, and

16       (4) they study unduly large, heterogeneous areas, with the result that researchers fail to

17           discover that it is not the subareas with higher gun rates that have the higher suicide rates.

18

19      Making distinctions between stronger studies and weaker ones is highly consequential with

20  this body of research.  For example, if one separately considers studies that controlled for more

21  than two confounders (surely a minimal effort) and used valid measures of gun levels, *not a*

22  *single one* supports AM's claim that higher gun levels cause higher overall suicide rates (Kleck

1   2019a, pp. 939-941, 948).  In sum, AM's characterization of this body of research relies on (1) a

2   cherry-picked subset of the relevant research that is unrepresentative of the full set of studies,

3   and (2) an unscientific reliance on the methodologically weakest studies.

4        At only one point in his report, AM does allude to "controlling for other factors" (p. 2, point

5   7), but fails to note that the variables controlled in most of the studies in this area were *not*

6   known confounders, either because they were not shown to be significantly related to suicide or

7   they were uncorrelated with access to firearms.  Since such controls are worthless for isolating

8   the effect of gun access on suicide, it was irrelevant at best, misleading at worst for AM to state

9   (p. 2) that "research has consistently shown that suicide deaths are more likely to occur in homes

10  with firearms than homes without firearms, *even after controlling for other factors.*" (p. 2,

11  emphasis added).  Public health researchers like AM typically do not document that even a single

12  one of the "other factors" that they control for are actually confounders.

13       There are at least 19 confounders of the guns/suicide relationship, i.e. factors that both affect

14  suicide and are correlated with gun ownership (Kleck 2019b, pp. 310-312), yet no study has ever

15  controlled for even half of them.  Indeed, only three studies controlled for more than four of

16  them (p. 316).  This body of research therefore does not provide a scientifically sound basis for

17  the assertion that access to firearms increases the risk of suicide.

18       AM presents a similarly distorted view of the scholarly research on the issue of the relative

19  lethality of different suicide methods.  The underlying issue in this area is whether firearms

20  provide a uniquely lethal method of suicide and whether other methods likely be substituted for

21  shooting if guns were unavailable would be equally likely to have fatal outcomes.  AM distorts

22  the issue (p. 3, point 8) by comparing the case fatality rate (CFR) of shooting suicide attempts

1    with the CFR of poisoning attempts.  This comparison is misleading and irrelevant because it is

2    implausible that people with sufficiently lethal intentions to shoot themselves in the head would,

3    if a gun were not available, substitute one of the *least* lethal methods of suicide.  A more

4    meaningful comparison is between shooting and an alternate method of sufficient lethality that it

5    is actually likely to be substituted for shooting if a gun were not available.

6    AM fails to note that the CFR of the second-most common method of suicide, hanging, is not

7    significantly different from that of shooting attempts – national data indicate that both are about

8    80% (Kleck 2019b, p. 319).  Thus, if people who otherwise would have attempted suicide by

9    shooting did not have guns and substituted hanging as their method, the best available evidence

10   indicates that just as many attempters would die.

11   This brings up another of AM's misleading claims.  He states (p. 3, Point 8) that "Multiple

12   studies have estimated the case fatality rate for firearms at approximately 90%."  What he omits

13   is that nearly all *other* studies, besides the handful he cites (see his fn. 8-10), do *not* find CFRs

14   this high for firearms attempts.  A more comprehensive review of studies comparing the CFRs of

15   shooting attempts with those of hanging attempts reveals CFRs as low as 75% for shooting

16   attempts and as high as 90% for hanging attempts.  Two studies even found higher CFRs for

17   hanging attempts than for shooting attempts (Kleck 2019b, pp. 318-319).  In sum, there is no

18   scientific consensus that shooting is a more lethal method of suicide than hanging, the method

19   most likely to be substituted for shooting if a firearm were not available.

20   AM also ignores a large body of research indicating that much of the higher CFR of shooting

21   attempts is attributable to the greater lethality of suicidal intentions of attempters using firearms,

22   rather than the lethality of the method itself.  Most suicide attempters do not want to die, but

1    rather are making "a cry for help," communicating the depth of their suffering to those around

2    them.  That is, they have less-than-lethal suicidal intentions.  They consequently are more likely

3    to use less lethal methods, such as swallowing a small number of pills or cutting a few superficial

4    scratches on their wrists.  In contrast, people with strong intentions to die are more likely to use

5    methods like shooting or hanging (see evidence reviewed in Kleck 2019b, pp. 321-323).

6         The difference in lethality of intentions between shooting attempters and other attempters is

7    huge.  Denning and his colleagues (2000) measured suicidal intent among persons who had

8    committed suicide, and found that suicidal intent was 6.3 times higher among those who had

9    used firearms than among those using other methods.  Thus the differences in CFRs of suicide

10   attempts by shooting and attempts by other methods could easily be entirely attributable to the

11   far stronger suicidal intentions of those who chose to use firearms, rather than the lethality of the

12   method itself.  In sum, AM's uncritical belief that firearms provide a uniquely lethal method of

13   suicide is unsupported by a fuller review of the relevant scientific research.  As far as one

14   currently tell, on the basis of the existing body of evidence, the absence of a firearm in the home

15   of a lethally minded suicide attempter would merely result in the substitution of other methods

16   with equally frequent fatal outcomes – just as most Americans believe.

17        AM inserted a discussion of the impact of gun control laws on suicide in his report (p. 4,

18   Point 13), but it is unclear why since the current case does not concern any gun control laws of

19   the sort addressed in AM's discussion.  Certainly the County's challenged ordinance did not

20   introduce a license or permit for gun ownership or acquisition, and neither of the required

21   pamphlets made any claims about the effectiveness of gun control laws.  In any case, AM's

22   claims on this topic are inaccurate.  He asserts that "laws requiring a permit or license to

1    purchase a gun have consistently been found to have a relationship with reductions in homicide

2    and suicide" (p. 4, Point 13).  The results of these studies, however, appear consistent to AM

3    only because he cherry-picked only poor quality public health studies to consider, and ignored

4    the more technically sound social science studies that did *not* find that licensing and permit laws

5    reduce suicide (e.g., Kleck and Patterson 1993, p. 271; Cook and Ludwig 2000).  The studies on

6    which AM relied (see his footnotes 27 and 30) used a nonscientific research design in which the

7    researchers selectively identified isolated episodes in which introduction of new state gun laws

8    happened to be followed by declines in suicide – without establishing whether there were even

9    more instances of changes in gun laws in which suicide rates remained unchanged or even

10   increased.  These "studies" amount to little more than statistical anecdotes, and have no scientific

11   value for assessing the impact of gun laws on suicide.

12        In sum, neither of the County's experts provide any scientifically sound basis for the claim

13   that access to firearms causes an increased risk of suicide.

14   **Overall Summary of Scientific Evidence**:

15        There is at present no reliable body of scientific evidence to support the County's claim,

16   via its mandated "Firearms and Suicide Prevention" pamphlet, that access to firearms causes an

17   increase in the risk that a person will kill themselves.  The claim is at best highly questionable; at

18   worst, it is false.

19

20

21

**References**

Bailey, James E., Arthur L. Kellermann, Grant Somes, Joyce G. Banton, Frederick P. Rivara, and
    Norman P. Rushforth. 1997.  Risk factors for violent death of women in the home.
    *Archives of Internal Medicine* 157:777-782.

Beautrais, Annette L., Peter R. Joyce, and Roger T. Mulder. 1996.  Access to firearms and the
    risk of suicide. *Australian and New Zealand  Journal of Psychiatry* 30:741-748.

Brent, David A.  2001.  Firearms and suicide.  *Annals of the New York Academy of Sciences* 225-
    239.

Brent, David A., Joshua A. Perper, Christopher J. Allman. 1987.  Alcohol, firearms, and suicide
    among youth.  *Journal of the American Medical Association* 257:3369-3372.

Brent, David A., Joshua A. Perper, Charles E. Goldstein, David J. Kolko, Marjorie J. Allan,
    Christopher J. Allman, and Janice P. Zelenak. 1988. Risk factors for adolescent suicide.
    *Archives of General Psychiatry* 45:581-588.

Brent, David A., Joshua A. Perper, Christopher J. Allman, Grace M. Moritz, Mary E. Wartella, and
    Janice P. Zelenak. 1991. The presence and accessibility of firearms in the homes of
    adolescent suicides.
    *Journal of the American Medical Association* 266:2989-2995.

Brent, David A., Joshua A. Perper, Grace Moritz, and Marianne Baugher.  1993a.  Suicides in
    adolescents with no apparent psychopathology.  *Journal of the American Academy of
    Child and Adolescent Psychiatry* 32:494-500.

Brent, David A., Joshua A. Perper, Grace Moritz, Marianne Baugher, Joy Schweers, and Claudia
    Roth. 1993b.  Firearms and adolescent suicide: a community case-control study.
    *American Journal of Diseases of Children* 147:1066-1071.

1   Brent, David A., Joshua A. Perper, Grace Moritz, Marianne Baugher, Joy Schweers, and Claudia

2       Roth.. 1994.  Suicide in affectively ill adolescents: a case-control study.  *Journal of*

3       *Affective Disorders* 31:193-202.

4   Bryan, Craig J., Mary Mcnaugton-Cassill, Augustine Osman, and Ann Marie Hernandez. 2013.

5       The Associations of Physical and Sexual Assault with Suicide Risk in Nonclinical

6       Military and Undergraduate Samples. *Suicide and Life-Threatening Behavior* 43:223-

7       234.

8   Bukstein, O. G., David A. Brent, Joshua A. Perper, Grace Moritz, Marianne Baugher, Joy

9       Schweers, Claudia Roth, and L. Balach. 1993.  Risk factors for completed suicide among

10      adolescents with a lifetime history of substance abuse: a case-control study.  *Acta*

11      *Psychiatrica Scandanavia* 88:403-408.

12  Callahan, Charles M., and Frederick P. Rivara. 1992.  Urban high school youth and handguns.

13      *Journal of the American Medical Association* 267:3038-3042.

14  Carter Patrick M., Maureen A. Walton, Manya F. Newton, Michael Clery, Lauren K. Whiteside,

15      Marc A. Zimmerman, and Rebecca M. Cunningham. 2013.  Firearm possession among

16      adolescents presenting to an urban emergency department for assault.  *Pediatrics*

17      132:213-221.

18  Centers for Disease Control and Prevention. 2016. WONDER data available online at

19      http://wonder.cdc.gov/cmf-icd10.html, indicating that for 1999-2014, the suicide rate was

20      only 5.2 per 100,000 for African-Americans, vs. 13.2 for whites.

21  Conwell, Yeates, Kenneth Connor, and Christopher Cox. 2002.  Access to firearms and risk for

22      suicide in middle-aged and older adults. *American Journal of Geriatric Psychiatry*

23      10:407-416.

1  Cook, Philip J., and Jens Ludwig.  2000.  Homicide and Suicide Rates Associated with

2      implementation of the Brady Handgun Violence Prevention Act.  *Journal of the*

3      *American Medical Association* 284(5):585-591.

4  Cummings, Peter, David C. Grossman, and Robert S. Thompson.  1997.  The association

5      between the purchase of a handgun and homicide or suicide. *American Journal of Public*

6      *Health* 87:974-978.

7  Dahlberg, Linda L., Robin M. Ikeda, and Marcie-jo Kresnow. 2004.  Guns in the home and risk

8      of a violent death in the home.  *American Journal of Epidemiology* 160:929-936.

9  Denning, D. G., C. Yeates, D. King, and C. Cox. 2000.  "Method choice, intent, and gender in

10      completed suicide."  *Suicide and Life-threatening Behavior* 30(3):282-288.

11  Diener, Edward, and Kenneth W. Kerber. 1979. Personality characteristics of American gun

12      owners.  *Journal of Applied Psychology* 107:227-38.

13  Feagin, Joe R. 1970.  Home defense and the police: Black and white perspectives. *American*

14      *Behavioral Scientist* 13:797-814.

15  Hemenway, David, and Matthew Miller.  2002.  Association of rates of household handgun

16      ownership, lifetime major depression, and serious suicidal thoughts with rates of suicide

17      across US census regions.  *Injury Prevention* 2002 8:313–316

18  Kellermann, Arthur L., Frederick P. Rivara, Grant Somes, Donald T. Reay, Jerry Francisco, Joyce

19      Gillentine Banton, Janice Prodzinski, Corinne Fligner, and Bela B. Hackman. 1992.

20      Suicide in the home in relation to gun ownership.  *New England Journal of Medicine*

21      327:467-472.

22  Kates, Don B., and Gary Kleck.  1997.  *The Great American Gun Debate.*  San Francisco: Pacific

23      Research Institute for Public Policy.

1    Kleck, Gary. 1991. *Point Blank: Guns and Violence in America.*  N.Y.: Aldine de Gruyter.

2    Kleck, Gary. 1997.  *Targeting Guns: Firearms and their Control.*  N.Y.: Aldine de Gruyter.

3    Kleck, Gary. 2019a.  "The effect of firearms on suicide."  Pp. 309-329 in <u>Gun Studies</u>:

4        <u>Interdisciplinary Approaches to Politics, Policy, and Practice</u>, edited by Jennifer Carlson,

5        Kristin Goss, and Harel Shapira. NY: Routledge.

6    Kleck, Gary. 2019b.  "Macro-level research on the effect of firearms prevalence on suicide rates:

7        a systematic review and new evidence." *Social Science Quarterly* 100(3):936-950.

8    Kleck, Gary. 2021. "The cross-national association of gun ownership rates and suicide rates: an

9        analysis of 192 nations." *Archives of Suicide Research* (published online 5-12-21).

10   Kleck, Gary, and E. Britt Patterson.  1993.  The impact of gun control and gun ownership levels

11       on violence rates." <u>Journal of Quantitative Criminology</u> 9(3):249-287.

12   Knox, George W, and Edward D. Tromanhauser. 1999**.** Juvenile Gang Members: A Public

13       Health Perspective *Journal of Gang Research* 6:49-60**.**

14   Kung, Hsiang-Ching, Jane L. Pearson, and Xinhua Liu. 2003.  Risk factors for male and female

15       suicide decedents ages 15-64 in the United States.  *Social Psychiatry and Psychiatric*

16       *Epidemiology* 38:419-426.

17   Miller, Marv. 1978. Geriatric suicide.  *The Gerontologist* 18:488-495.

18   Miller, Matthew, Deborah Azrael, and David Hemenway.  2004.  The epidemiology of case

19       fatality rates for suicide in the Northeast. *Annals of Emergency Medicine* 43:723-730.

20   Miller, Matthew, and David Hemenway. 1998.  The relationship between firearms and suicide: a

21       review of the literature.  *Aggression and Violent Behavior* 4:59-75.

22   Miller, Matthew, Steven J. Lippmann, Deborah Azrael, and David Hemenway. 2007.

23       "Household firearms ownership and rates of suicide across the 50 United States."

*Journal of Trauma* 62:1029-1034.

Rivara, Frederick P., Beth A. Mueller, Grant Somes, Carmen T. Mendoza, Norman B. Rushforth, Arthur L. Kellermann. 1997. Alcohol and illicit drug abuse and the risk of violent death in the home. *Journal of the American Medical Association* 278:569-575.

Roper Center. 2022. iPoll Database at https://ropercenter.cornell.edu/ipoll/. Accessed June 14, 2022.

Sayer, Geoffrey, Gavin Stewart, Jennifer Chipps. 1996. "Suicide attempt in NSW: associated mortality and morbidity." *New South Wales Public Health Bulletin* 7(6):55-59, 63.

Shah, Seema, Richard E. Hoffman, Lane Wake, and William M. Marine. 2000. Adolescent suicide and household access to firearms in Colorado. *Journal of Adolescent Health* 26:157-163.

Sheley, Joseph F., and James D. Wright. 1995. *In the Line of Fire.* NY: Aldine.

Trout, Deborah L. 1980. The role of social isolation in suicide. *Suicide and Life-Threatening Behavior* 10:10-23.

Vizzard, William J. 2000. *Shots in the Dark.* Lanham MD: Rowman & Littlefield.

Weibe, Douglas J. 2003. Homicide and suicide risks associated with firearms in the home. *Annals of Emergency Medicine* 41:771-782.

Wright, James, and Peter Rossi. 1986. *Armed and Considered Dangerous.* NY: Aldine.

# Appendix A – Kleck Vitae

CURRICULUM VITAE

GARY KLECK

(Updated May 27, 2021)

PERSONAL

| | |
|---|---|
| Place of Birth: | Lombard, Illinois |
| Date of Birth: | March 2, 1951 |
| Address: | College of Criminology and Criminal Justice |
| | The Florida State University |
| | 112 S. Copeland Street |
| | Tallahassee, FL 32306-1273 |
| | |
| | Tallahassee, Florida 32306-1127 |
| Telephone Number: | Home: (850) 559-0922 |
| e-mail Address: | gkleck@fsu.edu |
| website: | http://criminology.fsu.edu/faculty-and-staff/college-faculty/gary-kleck/ |

CURRENT POSITION

    David J. Bordua Emeritus Professor of Criminology, Florida State University

COURTESY APPOINTMENT

    Courtesy Professor, College of Law, Florida State University

PROFESSIONAL MEMBERSHIPS

    American Society of Criminology

    Academy of Criminal Justice Sciences

EDUCATION

A.B.          1973 - University of Illinois, with High Honors and with Distinction in
                     Sociology

A.M.          1975 - University of Illinois at Urbana, in Sociology

Ph.D.         1979 - University of Illinois at Urbana, in Sociology


ACADEMIC HONORS

National Merit Scholar, 1969

Freshman James Scholar, University of Illinois, 1969

Graduated from University of Illinois with High Honors and with Distinction in
        Sociology, 1973

University of Illinois Foundation Fellowship in Sociology, 1975-76

1993 Winner of the Michael J. Hindelang Award of the American Society of
        Criminology, for the book that made "the most outstanding contribution to
        criminology"   (for Point Blank: Guns and Violence in America).

Awarded Named Professorship, Florida State University, 2012.

Nominated for University Teaching Award, Florida State University, 2014.

Paper of the Year awarded by Criminal Justice Review for "Does Gun Control Reduce
        Crime?," Volume 4, pp. 488-513 (2016).

TEACHING POSITIONS

Fall, 1991 to          Professor, College of Criminology and Criminal Justice,
May 2016                      Florida State University

Fall, 1984 to          Associate Professor, School of Criminology,
Spring, 1991                  Florida State University.

Fall, 1979             Assistant Professor, School of Criminology,
to Spring, 1984               Florida State University.

Fall, 1978 to          Instructor, School of Criminology,
Spring, 1979                  Florida State University.

COURSES TAUGHT

Criminology, Applied Statistics, Regression, Introduction to Research Methods, Law Enforcement, Research Methods in Criminology, Guns and Violence, Violence Theory Seminar, Crime Control, Assessing Evidence, Survey Research, Research Design and Causal Inference.

DISSERTATION

Homicide, Capital Punishment, and Gun Ownership:  An Aggregate Analysis of U.S. Homicide Trends from 1947 to 1976.  Department of Sociology, University of Illinois, Urbana.  1979.

PUBLICATIONS (sole author unless otherwise noted)

BOOKS

1991, 2005    Point Blank: Guns and Violence in America.  Hawthorne, N.Y.: Aldine de Gruyter.  Winner of the 1993 Michael J. Hindelang award of the American Society of Criminology.  Republished in 2005 in paperback by Transaction Publishers.

Reviewed in Contemporary Sociology, American Journal of Sociology, Social Forces, Journal of Criminal Law and Criminology, The Criminologist, The Public Interest, Criminal Law Forum, Social Science Review, Criminal Justice Abstracts, Crime, Criminal Justice and Law Enforcement, Newsletter of Public Policy Currents, Commonweal, Choice, and others.

1997    Targeting Guns: Firearms and their Control. Hawthorne, N.Y.: Aldine de Gruyter.

1997    The Great American Gun Debate: Essays on Firearms and Violence (with Don B. Kates, Jr.).  San Francisco: Pacific Research Institute for Public Policy.

2001    (with Don B. Kates) Armed: New Perspectives on Gun Control.  N.Y.: Prometheus Books.

Selected to Choice: Current Reviews for Academic Libraries' 39th annual "Outstanding Academic Title List," awarded for "excellence in scholarship and presentation, the significance of their contribution to their field, and their value as an important treatment of their topic."  Awarded to less than one percent of books.

2017    (with Brion Sever) Punishment and Crime: The Limits of Punitive Crime Control.  NY: Routledge.

RESEARCH MONOGRAPH

1979    Bordua, David J., Alan J. Lizotte, and Gary Kleck. <u>Patterns of Firearms Ownership, Use and Regulation in Illinois</u>.  A Report to the Illinois Law Enforcement Commission, Springfield, Illinois.

ARTICLES IN PEER-REVIEWED JOURNALS

1979    "Capital punishment, gun ownership, and homicide."  <u>American Journal of Sociology</u> 84(4):882-910.

1981    "Racial discrimination in criminal sentencing: A critical evaluation of the evidence with additional evidence on the death penalty." <u>American Sociological Review</u> 46(6):783-804.

1982    "On the use of self-report data to determine the class distribution of criminal behavior." <u>American Sociological Review</u> 47(3):427-33.

1983    (with David Bordua) "The factual foundation for certain key assumptions of gun control."  <u>Law and Policy Quarterly</u> 5(3):271-298.

1985    "Life support for ailing hypotheses:  modes of summarizing the evidence on racial discrimination in criminal sentencing."  <u>Law and Human Behavior</u> 9(3):271-285.

1986    "Evidence that 'Saturday Night Specials' not very important for crime."  <u>Sociology and Social Research</u> 70(4):303-307.

1987    "American's foreign wars and the legitimation of domestic violence." <u>Sociological Inquiry</u> 57(3):237-250.

1988    "Crime control through the private use of armed force."  <u>Social Problems</u> 35(1):1-21.

1988    "Miscounting suicides."  <u>Suicide and Life-Threatening Behavior</u> 18(3):219-236.

1990    (with Susan Sayles) "Rape and resistance."  <u>Social Problems</u> 37(2):149-162.

1991    (with Karen McElrath) "The effects of weaponry on human violence."  <u>Social Forces</u> 69(3):669-92.

1993    (with Miriam DeLone) "Victim resistance and offender weapon effects in robbery."  <u>Journal of Quantitative Criminology</u> 9(1):55-82.

1993    (with E. Britt Patterson)  "The impact of gun control and gun ownership levels on

violence rates." <u>Journal of Quantitative Criminology</u> 9(3):249-287.

1993    "Bad data and the 'Evil Empire': interpreting poll data on gun control."  <u>Violence
and Victims</u> 8(4):367-376.

1995    "Guns and violence: an interpretive review of the field."  <u>Social Pathology</u>
1(1):12-47.

1995    "Using speculation to meet evidence."  <u>Journal of Quantitative Criminology</u>
11(4):411-424.

1995    (with Marc Gertz) "Armed resistance to crime: the prevalence and nature of self-
defense with a gun."   <u>Journal of Criminal Law & Criminology</u> 86(1):150-187.

1996    "Crime, culture conflict and sources of support for gun control: a multi-level
application of the General Social Surveys."  <u>American Behavioral Scientist</u>
39(4):387-404.

1996    (with Chester Britt III and David J. Bordua) "A reassessment of the D.C. gun law:
some cautionary notes on the use of interrupted time series designs for policy
impact assessment." <u>Law & Society Review</u> 30(2):361-380.

1996    (with Chester Britt III and David J. Bordua) "Avoidance and misunderstanding."
<u>Law & Society Review</u> 30(2):393-397.

1997    (with Marc Gertz) "The illegitimacy of one-sided speculation: getting the
defensive gun use estimate down."  <u>Journal of Criminal Law and Criminology</u>
87(4):1446-1461.

1997    (with Tomislav Kovandzic and Marc Gertz) "Defensive gun use: vengeful
vigilante imagery vs. reality: results from the National Self-Defense Survey."
<u>Journal of Criminal Justice</u> 26(3):251-258.

1998    (with Marc Gertz) "Carrying guns for protection: results from the National Self-
Defense Survey." <u>Journal of Research in Crime and Delinquency</u> 35(2):193-224.

1998    "What are the risks and benefits of keeping a gun in the home?"  <u>Journal of the
American Medical Association</u> 280(5):473-475.

1998    (with Charles Crawford and Ted Chiricos) "Race, racial threat, and sentencing of
habitual offenders."  <u>Criminology</u> 36(3):481-511.

1999    (with Michael Hogan) "A national case-control study of homicide offending and
gun ownership." <u>Social Problems</u> 46(2):275-293.

1    1999    "BATF gun trace data and the role of organized gun trafficking in supplying guns
2            to criminals."  St. Louis University Public Law Review 18(1):23-45.
3

4    2001    "Can owning a gun really triple the owner's chances of being murdered?"
5            Homicide Studies 5:64-77.
6

7    2002    (with Theodore Chiricos) "Unemployment and property crime: a target-specific
8            assessment of  opportunity and motivation as mediating factors."
9            Criminology 40(3):649-680.
10

11   2004    "Measures of gun ownership levels for macro-level crime and violence research."
12           Journal of Research in Crime and Delinquency 41(1):3-36.
13

14   2004    (with Jongyeon Tark) "Resisting crime: the effects of victim action on the
15           outcomes of crimes." Criminology 42(4):861-909.
16

17   2005    (with Brion Sever, Spencer Li, and Marc Gertz) "The missing link in general
18           deterrence research." Criminology 43(3):623-660.
19

20   2006    (with Jongyeon Tark and Jon J. Bellows) "What methods are most frequently
21           used in research in criminology and criminal justice?" Journal of Criminal Justice
22           34(2):147-152.
23

24   2007    "Are police officers more likely to kill African-American suspects?"
25           Psychological Reports 100(1):31-34.
26

27   2007    (with Shun-Yung Wang and Jongyeon Tark) "Article productivity among the
28           faculty of criminology and criminal justice doctoral programs, 2000-2005."
29           Journal of Criminal Justice Education 18(3):385-405.
30

31   2008    (with Jongyeon Tark, Laura Bedard, and Dominique Roe-Sepowitz) "Crime
32           victimization and divorce." International Review of Victimology 15(1):1-17.
33

34   2009    "Mass shootings in schools: the worst possible case for gun control."  American
35            Behavioral Scientist 52:1447-1464.
36

37   2009    (with Shun-Yung Wang) "The myth of big-time gun trafficking and the
38            overinterpretation of gun tracing data." UCLA Law Review 56(5):1233-1294.
39

40   2009    (with Tomislav Kovandzic)  "City-level characteristics and individual handgun
41           ownership: effects of collective security and homicide." Journal of Contemporary
42           Criminal Justice 25(1):45-66.
43

44   2009    (with Marc Gertz and Jason Bratton)  "Why do people support gun control?"
45           Journal of Criminal Justice 37(5):496-504.

2011    (with James C. Barnes)  "Article productivity among the faculty of criminology and criminal justice doctoral programs, 2005-2009." Journal of Criminal Justice Education 22(1):43-66.

2011    (with Tomislav Kovandzic, Mark Saber, and Will Hauser).  "The effect of perceived risk and victimization on plans to purchase a gun for self-protection." Journal of  Criminal Justice 39(4):312-319.

2013    (with Will Hauser)  "Guns and fear: a one-way street?"  Crime and Delinquency 59:271-291.

2013    "Gun control after Heller and McDonald: what cannot be done and what ought to be done."  Fordham Urban Law Journal 39(5):1383-1420.

2013    (with J. C. Barnes)  "Deterrence and macro-level perceptions of punishment risks: is there a "collective wisdom?"  Crime and Delinquency 59(7):1006-1035.

2013    (with Tomislav Kovandzic and Mark Schaffer) "Estimating the causal effect of gun prevalence on homicide rates: A local average treatment effect approach."  Journal of Quantitative Criminology 28(4):477-541.

2014    (with Jongyeon Tark) "Resisting rape: the effects of victim self-protection on rape completion and injury."  Violence Against Women 23(3): 270-292.

2014    (with J. C. Barnes) "Do more police generate more crime deterrence?" Crime and Delinquency 60(5):716-738.

2015    "The impact of gun ownership rates on crime rates:  a methodological review of the evidence." Journal of  Criminal Justice 43(1):40-48.

2016    (with Tomislav Kovandzic and Jon Bellows)  "Does gun control reduce violent crime?"  Criminal Justice Review 41:488-513.

2016    "Objective risks and individual perceptions of those risks."  Criminology & Public Policy 15:767-775.

2016    (with Dylan Jackson)  "What kind of joblessness affects crime?  A national case-control study of serious property crime."  Journal of Quantitative Criminology 32:489-513.

2016    "Large-capacity magazines and the casualty counts in mass shootings: the plausibility of linkages."  Justice Research and Policy 17:28-47.

2017    (with Will Hauser)  "The impact of police strength and arrest productivity on fear

of crime and subjective assessments of the police."  American Journal of Criminal Justice 42:86-111.

2017    (with Dylan Jackson)  "Does crime cause punitiveness?"  Crime & Delinquency. 63(12):1572-1599.

2017    (with Bethany Mims)  "Article productivity among the faculty of criminology and criminal justice doctoral programs, 2010-2014."  Journal of Criminal Justice Education 28(4):467-487.

2018    (with Moonki Hong) "The short-term deterrent effect of executions: an analysis of daily homicide counts."  Crime & Delinquency 64(7):939-970.

2018    "Response errors in survey estimates of defensive gun use."  Crime & Delinquency 64(9):1119-1142.

2019    "Macro-level research on the effect of firearms prevalence on suicide rates: a systematic review and new evidence."  Social Science Quarterly 100(3):936-950.

2019    "Regulating guns among young adults."  American Journal of Criminal Justice 44:689-704.

2021    "What do CDC's surveys say about the prevalence of defensive gun use?" American Journal of Criminal Justice  46:401-421.

2021    "The continuing vitality of bad research on guns and violence: a comment on Fridel." Justice Quarterly 38(5):916-924.

2021    "Compliance with universal background check gun laws." Journal of Crime and Justice  (published online 9-2-20).

2021    Tomislav Kovandzic and Kleck.  "The impact of firearm levels on homicide rates: the effects of controlling for cultural differences in cross-national research." American Journal of Criminal Justice (published online 1-4-21).

2021    "The cross-national association of gun ownership rates and suicide rates: an analysis of 192 nations."  Archives of Suicide Research (published online 5-12-21).

OTHER PUBLISHED ARTICLES

1985    "Policy lessons from recent gun control research." Law and Contemporary Problems 49(1):35-62.

1992    "Assault weapons aren't the problem."  New York Times September 1, 1992, p.

A15.  Invited Op-Ed page article.

1993   "The incidence of violence among young people." <u>The Public Perspective</u> 4:3-6.
        Invited article.

1994   "Guns and self-protection."  <u>Journal of the Medical Association of Georgia</u> 83:42.
        Invited editorial.

1998   "Using speculation to meet evidence: reply to Alba and Messner."  <u>Journal on
        Firearms and Public Policy</u> 9:13-49.

1998   "Has the gun deterrence hypothesis been discredited?"  <u>Journal on Firearms and
        Public Policy</u> 10:65-75.

1999   "There are no lessons to be learned from Littleton."  <u>Criminal Justice Ethics</u>
        18(1):2, 61-63.  Invited commentary.

1999   "Risks and benefits of gun ownership - reply."  <u>Journal of the American Medical
        Association</u> 282(2):136-136.

1999   "The misfire that wounded Colt's." <u>New York Times</u> October 23, 1999.  Invited
        Op-Ed page article.

1999   "Degrading scientific standards to get the defensive gun use estimate down."
        <u>Journal on Firearms and Public Policy</u> 11:77-137.

2000   "Guns aren't ready to be smart."  <u>New York Times</u> March 11, 2000.  Invited Op-
        Ed page article.

2000   (with Chester Britt III and David J. Bordua) "The emperor has no clothes: using
        interrupted time series designs to evaluate social policy impact."  <u>Journal on
        Firearms and Public Policy</u> 12:197-247.

2001   "School lesson: armed self-defense works." <u>Wall Street Journal</u> March 27, 2001.
        Invited opinion article.

2001   "Impossible policy evaluations and impossible conclusions: a comment on Koper
        and Roth."  <u>Journal of Quantitative Criminology</u> 17:75-80.

2001   "Absolutist politics in a moderate package: prohibitionist intentions of the gun
        control movement."  <u>Journal on Firearms and Public Policy</u> 13:1-43.

2002   "Research agenda on guns, violence, and gun control."  <u>Journal on Firearms and
        Public Policy</u> 14:51-72.

2006   "Off target."  <u>New York Sun</u> January 5, 2006.  Invited opinion article.

2009   "How not to study the effect of gun levels on violence rates."  <u>Journal on Firearms and Public Policy</u> 21:65-93.

2011   "Mass killings aren't the real gun problem --- how to tailor gun-control measures to common crimes, not aberrant catastrophes."  <u>Wall Street Journal</u> January 15, 2011.  Invited opinion article.

2011   "The myth of big-time gun trafficking."  <u>Wall Street Journal</u> May 21, 2011. Invited opinion article.

2015   "Defensive gun ownership is not a myth: why my critics still have it wrong." <u>Politico Magazine</u>, February 17, 2015.  Online at Politico.Com.

2021   "The futility of non-response responses: a reply to Fridel."  <u>Justice Quarterly</u> (in press).

BOOK CHAPTERS

1984   (with David Bordua)  "The assumptions of gun control."  Pp. 23-48 in Don B. Kates, Jr. (ed.) <u>Firearms and Violence: Issues of Regulation</u>. Cambridge, Mass.: Ballinger.

       (Also appeared in <u>Federal Regulation of Firearms</u>, report prepared by the Congressional Research Service, Library of Congress, for the Committee on the Judiciary, United States Senate, 1982).

1984   "The relationship between gun ownership levels and rates of violence in the U.S." Pp. 99-135 in Kates, above.

1984   "Handgun-only gun control: a policy disaster in the making."  Pp. 167-199 in Kates, above.

1996   "Racial discrimination in criminal sentencing."  Pp. 339-344 in <u>Crime and Society</u>, Volume III – Readings: Criminal Justice, edited by George Bridges, Robert D. Crutchfield, and Joseph G. Weis.  Thousand Oaks, Calif.: Pine Forge Press.

1996   "Gun buy-back programs: nothing succeeds like failure."  Pp. 29-53 in <u>Under Fire: Gun Buy-Backs, Exchanges and Amnesty Programs</u>, edited by Martha R. Plotkin.  Washington, D.C.: Police Executive Research Forum.

2000   "Firearms and crime."  Pp. 230-234 in the <u>Encyclopedia of Criminology and Deviant Behavior</u>, edited by Clifton D. Bryant.  Philadelphia: Taylor

& Francis, Inc.

2001    (with Leroy Gould and Marc Gertz) "Crime as social interaction."  Pp. 101-114 in
        What is Crime?: Controversy over the Nature of Crime and What to Do About It,
        edited by Stuart Henry and Mark M. Lanier.  Lanham, Md.: Rowman and
        Littlefield.

2003    "Constricted rationality and the limits of general deterrence."  Chapter 13 in
        Punishment and Social Control: Enlarged Second Edition, edited by Thomas G.
        Blomberg.  New York: Aldine de Gruyter.

2004    "The great American gun debate: what research has to say."  Pp. 470-487 in The
        Criminal Justice System: Politics and Policies, 9th edition, edited by George F.
        Cole, Marc Gertz, and Amy Bunger.  Belmont, CA: Wadsworth-Thomson.

2008    "Gun control." Article in The Encyclopedia of Social Problems, edited by
        Vincent N. Parrillo. Thousand Oaks, CA: Sage.

2009    "Guns and crime." Invited chapter.  Pp. 85-92 in 21st Century Criminology: A
        Reference Handbook, edited by J. Mitchell Miller. Thousand Oaks, CA: Sage.

2012    Kovandzic, Tomislav, Mark E. Schaffer, and Gary Kleck. "Gun prevalence,
        homicide rates and causality: A GMM approach to endogeneity bias."  Chapter
        6, pp. 76-92 in The Sage Handbook of Criminological Research Methods, edited
        by David Gadd, Susanne Karstedt, and  Steven F. Messner.  Thousand Oaks, CA:
        Sage.

2012    (with Kelly Roberts) "What survey modes are most effective in eliciting
        self-reports of criminal or delinquent behavior?"  Pp. 415-439 in Handbook of
        Survey Methodology for the Social Sciences, edited by Lior Gideon.  NY:
        Springer.

2013    "An overview of gun control policy in the United States."  Pp. 562-579 in The
        Criminal Justice System, 10th edition. Edited by George F. Cole and Marc G.
        Gertz. Wadsworth.

2014    "Deterrence: actual vs. perceived risk of punishment.  Article in Encyclopedia of
        Criminology and Criminal Justice.  Berlin: Springer Verlag.

2019    "The effect of firearms on suicide."  Pp. 309-329 in Gun Studies: Interdisciplinary
        Approaches to Politics, Policy, and Practice, edited by Jennifer Carlson, Kristin
        Goss, and Harel Shapira. NY: Routledge.

2019    "Gun control."  Pp. 153-166 in The Handbook of Social Control, edited by
        Mattieu Deflem.  Hoboken, NJ: Wiley-Blackwell.

2021    "Research on guns and crime."  Chapter in <u>The Encyclopedia of Research Methods and Statistical Techniques in Criminology and Criminal Justice</u>, edited by J. C. Barnes and David R. Forde for Wiley Blackwell.

BOOK REVIEWS

1978    Review of <u>Murder in Space City: A Cultural Analysis of Houston Homicide Patterns,</u> by Henry Lundsgaarde.  <u>Contemporary Sociology</u> 7:291-293.

1984    Review of <u>Under the Gun</u>, by James Wright et al. <u>Contemporary Sociology</u> 13:294-296.

1984    Review of <u>Social Control</u>, ed. by Jack Gibbs.  <u>Social Forces</u> 63: 579-581.

1985     Review of <u>Armed and Considered Dangerous</u>, by James Wright and Peter Rossi, <u>Social Forces</u> 66:1139-1140.

1988    Review of <u>The Citizen's Guide to Gun Control</u>, by Franklin Zimring and Gordon Hawkins, <u>Contemporary Sociology</u> 17:363-364.

1989    Review of <u>Sociological Justice</u>, by Donald Black, <u>Contemporary Sociology</u> 19:261-3.

1991    Review of <u>Equal Justice and the Death Penalty</u>, by David C. Baldus, George G. Woodworth, and Charles A. Pulaski, Jr.  <u>Contemporary Sociology</u> 20:598-9.

1999     Review of <u>Crime is Not the Problem</u>, by Franklin E. Zimring and Gordon Hawkins.  <u>American Journal of Sociology</u> 104(5):1543-1544.

2001    Review of <u>Gun Violence: the Real Costs</u>, by Philip J. Cook and Jens Ludwig. <u>Criminal Law Bulletin</u> 37(5):544-547.

2010    Review of <u>Homicide and Gun Control: The Brady Handgun Violence Prevention Act and Homicide Rates</u>, by J. D. Monroe. <u>Criminal Justice Review</u> 35(1):118-120.

LETTERS PUBLISHED IN SCHOLARLY JOURNALS

1987    "Accidental firearm fatalities."  <u>American Journal of Public Health</u> 77:513.

1992    "Suicide in the home in relation to gun ownership." <u>The New England Journal of Medicine</u> 327:1878.

1993    "Gun ownership and crime."  <u>Canadian Medical Association Journal</u> 149:1773-1774.

1999    "Risks and benefits of gun ownership."  <u>Journal of the American Medical Association</u> 282:136.

2000    (with Thomas Marvell) "Impact of the Brady Act on homicide and suicide rates." <u>Journal of the American Medical Association</u> 284:2718-2719.

2001    "Violence, drugs, guns (and Switzerland)."  <u>Scientific American</u> 284(2):12.

2002    "Doubts about undercounts of gun accident deaths." <u>Injury Prevention Online</u> (September 19, 2002). Published online at http://ip.bmjjournals.com/cgi/eletters/8/3/252.

2005    "Firearms, violence, and self-protection."  <u>Science</u> 309:1674. September 9, 2005.

UNPUBLISHED REPORT

1987    <u>Violence, Fear, and Guns at Florida State University: A Report to the President's Committee on Student Safety and Welfare</u>. Reports results of campus crime victimization survey and review of campus police statistics on gun violence (32 pages).

RESEARCH FUNDING

1994    "The Impact of Drug Enforcement on Urban Drug Use Levels and Crime Rates." $9,500 awarded by the U.S. Sentencing Commission.

1997    "Testing a Fundamental Assumption of Deterrence-Based Crime Control Policy." $80,590 awarded by the Charles E. Culpeper Foundation to study the link between actual and perceived punishment levels.

PRESENTED PAPERS

1976    "Firearms, homicide, and the death penalty:  a simultaneous equations analysis." Presented at the annual meetings of the Illinois Sociological Association, Chicago.

1979    "The assumptions of gun control."  Presented at the annual meetings of the American Sociological Association, New York City.

1981    "Lethality comparisons between handguns and weapons which might be substituted in assault if handguns were prohibited."  Presented at the annual meetings of the American Society of Criminology, Washington, D.C.

1982    "Life support for ailing hypotheses:  Modes of summarizing the evidence on
        racial discrimination."  Presented at the annual meetings of the American Society
        of Criminology, Toronto.

1984    "Policy lessons from recent gun control research."  Presented at the Duke
        University Law School Conference on Gun Control.

1985    "Policy lessons from recent gun control research." Presented at the annual
        meetings of the American Society of Criminology, San Diego.

1986    "Miscounting suicides."  Presented at the annual meetings of the American
        Sociological Association, Chicago.

1987    (with Theodore G. Chiricos, Michael Hays, and Laura Myers) "Unemployment
        and crime: a comparison of motivation and opportunity effects."  Presented at the
        annual meetings of the American Society of Criminology, Montreal.

1988    "Suicide, guns and gun control."  Presented at the annual meetings of the Popular
        Culture Association, New Orleans.

1988    (with Susan Sayles)  "Rape and resistance."  Presented at the annual meetings of
        the American Society of Criminology, Chicago.

1989    (with Karen McElrath)  "The impact of weaponry on human violence."
        Presented at the annual meetings of the American Sociological Association, San
        Francisco.

1989    (with Britt Patterson)  "The impact of gun control and gun ownership levels on
        city violence rates."  Presented at the annual meetings of the American Society
        of Criminology, Reno.

1990    "Guns and violence: a summary of the field."  Presented at the annual meetings
        of the American Political Science Association, Washington, D.C.

1991    "Victim resistance and weapons effects in robbery."  Presented at the annual
        meetings of the American Society of Criminology, San Francisco.

1991    "News media bias in covering gun control issues."  Presented at
        the annual meetings of the American Society of Criminology, San Francisco.

1992    "Interrupted time series designs: time for a re-evaluation."  Presented at the
        annual meetings of the American Society of Criminology, New Orleans.

1993    (with Chester Britt III and David J. Bordua) "The emperor has no clothes: Using

interrupted time series designs to evaluate social policy impact." Presented at the annual meetings of the American Society of Criminology, Phoenix.

1993    "Crime, culture conflict and support for gun laws: a multi-level application of the General Social Surveys."  Presented at the annual meetings of the American Society of Criminology, Phoenix.

1994    (with Marc Gertz) "Armed resistance to crime: the prevalence and nature of self-defense with a gun."   Presented at the annual meetings of the American Society of Criminology, Miami.

1995    (with Tom Jordan) "The impact of drug enforcement and penalty levels on urban drug use levels and crime rates."  Presented at the annual meetings of the American Society of Criminology, Boston.

1996    (with Michael Hogan) "A national case-control study of homicide offending and gun ownership." Presented at the annual meetings of the American Society of Criminology, Chicago.

1997    "Evaluating the Brady Act and increasing the utility of BATF tracing data." Presented at the annual meetings of the Homicide Research Working Group, Shepherdstown, West Virginia.

1997    "Crime, collective security, and gun ownership: a multi-level application of the General Social Surveys."  Presented at the annual meetings of the American Society of Criminology, San Diego.

1998    (with Brion Sever and Marc Gertz) "Testing a fundamental assumption of deterrence-based crime control policy."  Presented at the annual meetings of the American Society of Criminology, Washington, D.C.

1998    "Measuring macro-level gun ownership levels." Presented at the annual meetings of the American Society of Criminology, Washington, D.C.

1999    "Can owning a gun really triple the owner's chances of being murdered?" Presented at the annual meetings of the American Society of Criminology, Toronto.

2000    "Absolutist politics in a moderate package: prohibitionist intentions of the gun control movement."  Presented at the annual meetings of the American Society of Criminology, San Francisco.

2001    (with Tomislav V. Kovandzic) "The impact of gun laws and gun levels on crime rates."  Presented at the annual meetings of the American Society of Criminology, Atlanta.

2001    "Measures of gun ownership levels for macro-level violence research." Presented at the annual meetings of the American Society of Criminology, Atlanta.

2002    "The effects of gun ownership levels and gun control laws on urban crime rates." Presented at the annual meetings of the American Society of Criminology, Chicago.

2003    (with Tomislav V. Kovandzic) "The effect of gun levels on violence rates depends on who has them." Presented at the annual meetings of the American Society of Criminology, Denver.

2003    (with KyuBeom Choi) "Filling in the gap in the causal link of deterrence." Presented at the annual meetings of the American Society of Criminology, Denver.

2004    (with Tomislav Kovandzic) "Do violent crime rates and police strength levels in the community influence whether individuals own guns?" Presented at the annual meetings of the American Society of Criminology, Nashville.

2004    (with Jongyeon Tark) "Resisting crime: the effects of victim action on the outcomes of crime." Presented at the annual meetings of the American Society of Criminology, Nashville.

2004    (with Jongyeon Tark) "The impact of self-protection on rape completion and injury." Presented at the annual meetings of the American Society of Criminology, Nashville.

2004    (with Kyubeom Choi) "The perceptual gap phenomenon and deterrence as psychological coercion." Presented at the annual meetings of the American Society of Criminology, Nashville.

2005    (with Jongyeon Tark) "Who resists crime?" Presented at the annual meetings of the American Society of Criminology, Toronto.

2005    (with Jongyeon Tark and Laura Bedard) "Crime and marriage." Presented at the annual meetings of the American Society of Criminology, Toronto.

2006    (with Shun-Yang Kevin Wang) "Organized gun trafficking, 'crime guns,' and crime rates." Presented at the annual meetings of the American Society of Criminology, Los Angeles.

2006    "Are police officers more likely to kill black suspects?" Presented at the annual meetings of the American Society of Criminology, Los Angeles.

2007    (with Shun-Yang Kevin Wang) "The myth of big-time gun trafficking. "Presented at the annual meetings of the American Society of Criminology, Atlanta.

2007    (with Marc Gertz and Jason Bratton)  "Why do people support gun control?"  Presented at the annual meetings of the American Society of Criminology, Atlanta.

2010    (with J. C. Barnes)  "Deterrence and macro-level perceptions of punishment risks: Is there a "collective wisdom?"  Presented at the annual meetings of the American Society of Criminology,  St. Louis.

2011    "The myth of big-time gun trafficking."  Presented at UCLA Law Review Symposium, "The Second Amendment and the Right to Bear Arms After DC v. Heller."  January 23, 2009, Los Angeles.

2009    (with Shun-Yung Wang) "Employment and crime and delinquency of working youth: A longitudinal study of youth employment."  Presented at the annual meetings of the American Society of Criminology, November 6, 2009, Philadelphia, PA.

2009    (with J. C. Barnes)  "Do more police generate more deterrence?"  Presented at the annual meetings of the American Society of Criminology, November 4, 2009, Philadelphia, PA.

2010    (with J. C. Barnes) "Article productivity among the faculty of criminology and criminal justice doctoral programs, 2005-2009."  Presented at the annual meetings of the American Society of Criminology, November 18, 2010, San Francisco, CA.

2012    (with Will Hauser) "Fear of crime and gun ownership."  Presented at the annual meetings of the American Society of Criminology, November 18, 2010, San Francisco, CA.

2010    "Errors in survey estimates of defensive gun use frequency: results from national Internet survey experiments."  Presented at the annual meetings of the American Society of Criminology, November 19, 2010, San Francisco, CA.

2010    (with Mark Faber and Tomislav Kovandzic)  "Perceived risk, criminal victimization, and prospective gun ownership."  Presented at the annual meetings of the American Society of Criminology, November 19, 2010, San Francisco, CA.

2013    (with Shun-young Wang) "The impact of job quality and career commitment on delinquency: conditional or universal?"  Presented at the annual meetings of the American Society of Criminology, November 17, 2011, Washington, D.C.

2011    (with Moonki Hong) "The short-term deterrent effect of executions on homicides in the United States, 1984-1998." Presented at the annual meetings of the American Society of Criminology, November 16, 2011, Washington, D.C.

2011    (with Kelly Roberts) "Which survey modes are most effective in getting people to admit illegal behaviors?" Presented at the annual meetings of the American Society of Criminology, November 17, 2011, Washington, D.C.

2011    (with Will Hauser) "Pick on someone your own size: do health, fitness, and size influence victim selection?" Presented at the annual meetings of the American Society of Criminology, November 18, 2011, Washington, D.C.

2011    (with Tomislav Kovandzic) "Is the macro-level crime/punishment association spurious?" Presented at the annual meetings of the American Society of Criminology, November 18, 2011, Washington, D.C.

2012    (with Dylan Jackson) "Adult unemployment and serious property crime: a national case-control study." Presented at the annual meetings of the American Society of Criminology, November 15, 2012, Chicago, IL.

2013    (with Will Hauser) "Confidence in the Police and Fear of Crime: Do Police Force Size and Productivity Matter?" Presented at the annual meetings of the American Society of Criminology, November 22, 2013, Atlanta, GA.

2013.   (with Dylan Jackson) "Adult unemployment and serious property crime: a national case-control study." Presented at the annual meetings of the American Society of Criminology, November 22, 2013, Atlanta, GA.

2014    (with Dylan Jackson) "Does Crime Cause Punitiveness?" Presented at the annual meetings of the American Society of Criminology, November 20, 2014, San Francisco, CA.

2015    "The effect of large capacity magazines on the casualty counts in mass shootings." Presented at the annual meetings of the American Society of Criminology, November 18, 2015, Washington, D.C.

2015    (with Bethany Mims) "Article productivity among the faculty of criminology and criminal justice doctoral programs, 2010-2014." Presented at the annual meetings of the American Society of Criminology, November 20, 2015, Washington, D.C.

2016    "Firearms and the lethality of suicide methods." Presented at the annual meetings of the American Society of Criminology, November 16, 2016, New Orleans, L.A.

2017     "Macro-level research on the effect of firearms prevalence on suicide rates: a systematic review and new evidence." Presented at the annual meetings of the American Society of Criminology, November 15, 2017, Philadelphia, PA.

2018     "Interstate gun movement is almost entirely due to migration, not gun trafficking." Presented at the annual meetings of the American Society of Criminology, November 16, 2018, Atlanta, GA.

2019     "What do CDC's surveys say about the prevalence of defensive gun use?" Presented at the annual meetings of the American Society of Criminology, November 13, 2019, San Francisco, CA.

2020     "Compliance with universal background check requirements." Accepted to be presented at the annual meetings of the American Society of Criminology which were to be held in Washington, D.C., November 18-21, 2020 but were cancelled due to Covid-19 issues.

CHAIR

1983     Chair, session on Race and Crime. annual meetings of the American Society of Criminology, Denver.

1989     Co-chair (with Merry Morash), roundtable session on problems in analyzing the National Crime Surveys. annual meetings of the American Society of Criminology, Reno.

1994     Chair, session on Interrupted Time Series Designs. annual meetings of the American Society of Criminology, New Orleans.

1993     Chair, session on Guns, Gun Control, and Violence. annual meetings of the American Society of Criminology, Phoenix.

1995     Chair, session on International Drug Enforcement. annual meetings of the American Society of Criminology, Boston.

1999     Chair, Author-Meets-Critics session, More Guns, Less Crime. annual meetings of the American Society of Criminology, Toronto.

2000     Chair, session on Defensive Weapon and Gun Use. annual meetings of the American Society of Criminology, San Francisco.

2002     Chair, session on the Causes of Gun Crime. annual meetings of the American Society of Criminology, Chicago.

2004     Chair, session on Protecting the Victim. annual meetings of the American Society

1    of Criminology, Nashville.
2
3    DISCUSSANT
4
5    1981    Session on Gun Control Legislation, annual meetings of the American Society of
6            Criminology, Washington, D.C.
7
8    1984    Session on Criminal Sentencing, annual meetings of the American Society of
9            Criminology, Cincinnati.
10
11   1986    Session on Sentencing, annual meetings of the American Society of Criminology,
12           Atlanta.
13
14   1988    Session on Gun Ownership and Self-protection, annual meetings of the Popular
15           Culture Association, Montreal.
16
17   1991    Session on Gun Control, annual meetings of the American Statistical
18           Association, Atlanta, Ga.
19
20   1995    Session on International Drug Enforcement, annual meetings of the American
21           Society of Criminology, Boston.
22
23   2000    Session on Defensive Weapon and Gun Use, annual meetings of the American
24           Society of Criminology, San Francisco.
25
26   2004    Author-Meets-Critic session on Guns, Violence, and Identity Among African-
27           American and Latino Youth, by Deanna Wilkinson.  annual meetings of the
28           American Society of Criminology, Nashville.
29
30   2007    Session on Deterrence and Perceptions, University of Maryland 2007 Crime &
31           Population Dynamics Summer Workshop, Aspen Wye River Center, Queenstown
32           MD, June 4, 2007.
33
34   2009    Session on Guns and Crime, at the DeVoe Moore Center Symposium On
35           The Economics of Crime, March 26-28, 2009.
36
37   2014 Panel discussion of news media coverage of high profile crimes
38           Held at the Florida Supreme Court On September 24-25, 2012, sponsored by the
39           Florida Bar Association as part of their 2012 Reporters' Workshop.
40
41   PROFESSIONAL SERVICE
42
43       Editorial consultant -
44               American Sociological Review
45               American Journal of Sociology

1            Social Forces
2            Social Problems
3            Law and Society Review
4            Journal of Research in Crime and Delinquency
5            Social Science Research
6            Criminology
7            Journal of Quantitative Criminology
8            Justice Quarterly
9            Journal of Criminal Justice
10           Violence and Victims
11           Violence Against Women
12           Journal of the American Medical Association
13           New England Journal of Medicine
14           American Journal of Public Health
15           Journal of Homicide Studies
16
17    Grants consultant, National Science Foundation, Sociology Program.
18
19    Member, Gene Carte Student Paper Committee, American Society of Criminology, 1990.
20
21    Area Chair, Methods Area, American Society of Criminology, annual meetings in Miami,
22    November, 1994.
23
24    Division Chair, Guns Division, American Society of  Criminology, annual meetings in
25    Washington, D.C., November, 1998.
26
27    Dissertation evaluator, University of Capetown, Union of South Africa, 1998.
28
29    Division Chair, Guns Division, American Society of  Criminology, annual meetings in
30    Washington, D.C., November, 1999.
31
32    Member of Academy of Criminal Justice Sciences selection committee for Editor of
33    Justice Quarterly, 2007.
34
35    Outside reviewer of Dr. J. Pete Blair for promotion to Full Professor in the School of
36    Criminal Justice at Texas State University, San Marcos, 2014.
37
38  UNIVERSITY SERVICE
39
40    Member, Master's Comprehensive Examination Committee, School of Criminology,
41    1979-1982.
42
43    Faculty Advisor, Lambda Alpha Epsilon (FSU chapter of American Criminal Justice
44    Association), 1980-1988.
45

Faculty Senate Member, 1984-1992.

Carried out campus crime survey for President's Committee on Student Safety and Welfare, 1986.

Member, Strategic Planning and Budgeting Review Committee for Institute for Science and Public Affairs, and Departments of Physics and Economics, 1986.

Chair, Committee on Ph.D. Comprehensive Examination in Research Methods, School of Criminology, Summer, 1986.

Member, Committee on Ph.D. Comprehensive Examination in Research Methods, School of Criminology, Summer, 1986 to 2016.

Chair, Committee on Graduate Assistantships, School of Criminology, Spring, 1987.

Chair, Ad Hoc Committee on Computers, School of Criminology, Fall, 1987.

Member, Recruitment Committee, School of Criminology, Spring, 1988; Spring, 1989; and 1989-90 academic year.

Member, Faculty Senate Committee on Computer-Related Curriculum, Spring, 1988 to Fall, 1989.

Chair, Ad Hoc Committee on Merit Salary Distribution, School of Criminology, Spring, 1988.

Chair, Ad Hoc Committee on Enrollment Strains, Spring, 1989.

Member, Graduate Handbook Committee, School of Criminology, Spring, 1990.

Member, Internal Advisement Committee, School of Criminology Spring, 1990.

University Commencement Marshall, 1990 to 1993.

Member, School of Criminology and Criminal Justice Teaching Incentive Program award committee.

Chair, Faculty Recruitment Committee, School of Criminology and Criminal Justice, 1994-1995.

Chair, Committee on Ph.D. Comprehensive Examination in Research Methods, School of Criminology and Criminal Justice, 1994-1995.

Member, University Computer and Information Resources Committee, 1995-1998.

Member, University Fellowship Committee, 1995 to 2000.

Member, University Library Committee, 1996 to 1999.

Chair, Electronic Access Subcommittee, University Library Committee, 1998 to 1999.

Member, Ad Hoc Committee on Merit Salary Increase Allocation, School of Criminology and Criminal Justice, 1998-1999.

Member, Academic Committee, School of Criminology and Criminal Justice, 2000-2008t.

Member, Recruiting Committee, School of Criminology and Criminal Justice, 2000-2001.

Member, Promotion and Tenure Committee, School of Criminology and Criminal Justice, 2000-2008.

Chair, Committee on Ph.D. Comprehensive Examination in Research Methods, School of Criminology and Criminal Justice, 2000-2002.

Chair, Promotion and Tenure Committee, School of Criminology and Criminal Justice, 2001-2002.

Faculty Adviser, School of Criminology and Criminal Justice Graduate Student Association, 2001-2010.

Member, ad hoc committee on survey research, School of Criminology and Criminal Justice, 2002.

Coordinator of Parts 2 and 4 of the School of Criminology and Criminal Justice Unit Review, 2002.

Chair, Academic Committee, School of Criminology and Criminal Justice, 2002-2003.

Director, Honors Programs, School of Criminology and Criminal Justice, 2002-?.

Member, University Promotion and Tenure Committee, Fall, 2003 to ?.

Member of University Graduate Policy Committee, Fall 2003 to 2011.

Director of Graduate Studies, School (later College) of Criminology and Criminal Justice, April 2004 to May 2015.

Chair, Promotion and Tenure Committee, College of Criminology and Criminal Justice, 2005-2006

Served as major professor on Area Paper by Christopher Rosbough, completed in 2012.

Served as member of dissertation committee of Kristen Lavin, dissertation completed in 2012.

Served as member of dissertation committee of Elizabeth Stupi, dissertation completed in 2013.

Served as outside member on two dissertation committees in 2014-2015: Brian Meehan in the Department of Economics and Adam Weinstein in the English Department.  Both dissertations were completed.

Served as major professor on Area Paper on legalization of marijuana for Pedro Juan Matos Silva, Spring 2015.  Paper completed.

Served as major professor for doctoral students, Moonki Hong who defended his dissertation on April 14, 2016.

PUBLIC SERVICE

Television, radio, newspaper, magazine, and Internet interviews concerning gun control, racial bias in sentencing, crime statistics, and the death penalty.  Interviews and other kinds of news media contacts include Newsweek, Time, U.S. News and World Report, New York Times, Washington Post, Chicago Tribune, Los Angeles Times, USA Today, Boston Globe, Wall Street Journal, Kansas City Star, Philadelphia Inquirer, Philadelphia News, Atlanta Constitution, Atlanta Journal, Arizona Republican, San Antonio Express-News, Dallas Morning News, Miami Herald, Tampa Tribune, Jacksonville Times-Union, Womens' Day,    Harper's Bazaar, Playboy, CBS-TV (60 Minutes; Street Stories) ABC-TV (World News Tonight; Nightline), NBC-TV (Nightly News), Cable News Network, Canadian Broadcasting Company, National Public Radio, Huffington Post, PolitiFact.com, and many others.

Resource person, Subcommittee on Crime and Justice, (Florida House) Speaker's Advisory Committee on the Future,  February 6-7, 1986, Florida State Capitol.

Testimony before the U.S. Congress, House Select Committee on Children, Youth and Families, June 15, 1989.

Discussant, National Research Council/National Academy of Sciences Symposium on the Understanding and Control of Violent Behavior, April 1-4, 1990, Destin, Florida.

Colloquium on manipulation of statistics relevant to public policy, Statistics Department,

Florida State University, October, 1992.

Speech to faculty, students, and alumni at Silver Anniversary of Northeastern University College of Criminal Justice, May 15, 1993.

Speech to faculty and students at Department of Sociology, University of New Mexico, October, 1993.

Speech on the impact of gun control laws, annual meetings of the Justice Research and Statistics Association, October, 1993, Albuquerque, New Mexico.

Testimony before the Hawaii House Judiciary Committee, Honolulu, Hawaii, March 12, 1994.

Briefing of the National Executive Institute, FBI Academy, Quantico, Virginia, March 18, 1994.

Delivered the annual Nettler Lecture at the University of Alberta, Edmonton, Canada, March 21, 1994.

Member, Drugs-Violence Task Force, U.S. Sentencing Commission, 1994-1996.

Testimony before the Pennsylvania Senate Select Committee to Investigate the Use of Automatic and Semiautomatic Firearms, Pittsburgh, Pennsylvania, August 16, 1994.

Delivered lectures in the annual Provost's Lecture Series, Bloomsburg University, Bloomsburg, Pa., September 19, 1994.

Briefing of the National Executive Institute, FBI Academy, Quantico, Virginia, June 29, 1995.

Speech to personnel in research branches of crime-related State of Florida agencies, Research and Statistics Conference, sponsored by the Office of the State Courts Administrator, October 19, 1995.

Speech to the Third Annual Legislative Workshop, sponsored by the James Madison Institute and the Foundation for Florida's Future, February 5, 1998.

Speech at the Florida Department of Law Enforcement on the state's criminal justice research agenda, December, 1998.

Briefing on news media coverage of guns and violence issues, to the Criminal Justice Journalists organization, at the American Society of Criminology annual meetings in Washington, D.C., November 12, 1998.

Briefing on gun control strategies to the Rand Corporation conference on "Effective Strategies for Reducing Gun Violence,"  Santa Monica, Calif., January 21, 2000.

Speech on deterrence to the faculty of the Florida State University School of Law, February 10, 2000.

Invited address on links between guns and violence to the National Research Council Committee on Improving Research Information and Data on Firearms, November 15-16, 2001, Irvine, California.

Invited address on research on guns and self-defense to the National Research Council Committee on Improving Research Information and Data on Firearms, January 16-17, 2002, Washington, D.C.

Invited address on gun control, Northern Illinois University, April 19, 2002.

Invited address to the faculty of the School of Public Health, University of Alabama, Birmingham, 2004.

Invited address to the faculty of the School of Public Health, University of Pennsylvania, March 5, 2004.

Member of Justice Quarterly Editor Selection Committee, Academy of Criminal Justice Sciences, Spring 2007

Testified before the Gubernatorial Task Force for University Campus Safety, Tallahassee, Florida, May 3, 2007.

Gave public address, "Guns & Violence: Good Guys vs. Bad Guys," Western Carolina University, Cullowhee, North Carolina, March 5, 2012.

Invited panelist, Fordham Law School Symposium, "Gun Control and the Second Amendment,"  New York City, March 9, 2012.

Invited panelist, community forum on "Students, Safety & the Second Amendment," sponsored by the Tallahassee Democrat.

Invited address at University of West Florida, Department of Justice Studies, titled "Guns, Self-Defense, and the Public Interest," April 12, 2013.

Member, National Research Council Committee on Priorities for a Public Health Research Agenda to Reduce the Threat of Firearm-related Violence, May 2013.

Invited address at Davidson College, Davidson, NC, April 18, 2014.  Invited by the Department of Philosophy.

Public lecture, "Do Guns Cause Homicide?," Center for the Study of Liberal Democracy, University of Wisconsin-Madison, December 5, 2018.

OTHER ITEMS

Listed in:

Marquis Who's Who

Marquis Who's Who in the South and Southwest

Who's Who of Emerging Leaders in America

Contemporary Authors

Directory of American Scholars

Writer's Directory

Participant in First National Workshop on the National Crime Survey, College Park, Maryland, July, 1987, co-sponsored by the Bureau of Justice Statistics and the American Statistical Association.

Participant in Second National Workshop on the National Crime Survey, Washington, D.C., July, 1988.

Participant, Seton Hall Law School Conference on Gun Control, March 3, 1989.

Debater in Intelligence Squared program, on the proposition "Guns Reduce Crime." Rockefeller University, New York City, October 28, 2008.  Podcast distributed through National Public Radio.  Further details are available at
 http://www.intelligencesquaredus.org/Event.aspx?Event=36.

Subject of cover story, "America Armed," in Florida State University Research in Review, Winter/Spring 2009.

Grants reviewer, Social Sciences and Humanities Research Council of Canada, 2010.

Named one of "25 Top Criminal Justice Professors" in the U.S. by Forensics Colleges website (http://www.forensicscolleges.com/), 2014.