# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| MARYLAND SHALL ISSUE, INC., *et al.* | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: 1:22-cv-00865-SAG |
| ANNE ARUNDEL COUNTY, MD | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>**EXPERT REPORT OF ALEXANDER MCCOURT, JD, PHD, MPH**</u>

**I. Qualifications**

1. I am an assistant professor in the Department of Health Policy and Management at the Johns Hopkins Bloomberg School of Public Health. I was appointed to this position on March 1, 2022. Prior to this, I was an Assistant Scientist (non-tenure-track faculty) in the same department from November 2018 to February 28, 2022. I also serve as the Director of Legal Research for the Center for Gun Violence Solutions (September 2020–present) and the Assistant Director of the Johns Hopkins Center for Law and the Public's Health (March 2022–present). I received a PhD in Health Policy and Management from the Johns Hopkins Bloomberg School of Public Health (2019), a JD from the University of Arizona James E. Rogers College of Law (2014), and a Master of Public Health in Epidemiology from the University of Arizona Mel and Enid Zuckerman College of Public Health (2014).

2. Though my scholarship focuses on several areas of public health law, since 2014 I have had a particular focus on studying gun violence. In this work, I have been an author on 16 peer-reviewed articles on gun violence and gun policy. I was the lead author on three of these. Many of these papers, including the three I led, have evaluated the relationships between gun policies and suicide mortality. I also authored an invited commentary for the American Journal of Public Health, "Firearm Access and Suicide: Lethal Means Counseling and Safe Storage Education in a Comprehensive Prevention Strategy," that was focused on suicide prevention strategies and the potential limitations of policy approaches. I have also presented relevant work at multiple academic conferences, on public panels, and in media. My publications and practice related to firearm policy and studies of suicide are more thoroughly detailed in my attached curriculum vitae. (Appendix A, McCourt CV.)

3. I have been retained to provide an expert report and opinion on behalf of Anne Arundel County in this matter. I have not served as an expert witness at any point in the last four years. My opinion is based on review of pamphlets provided to me by counsel and my

experience in and knowledge of gun violence research. I am not receiving compensation for this work. (Appendix B, Anne Arundel Pamphlets.)

4.  In this report, I begin by providing some background: Part II(a) describes the relationship between firearms and violence, with a particular focus on suicide, and Part II(b) describes intervention strategies and what research shows us about how well these strategies work to prevent suicide and other violence. In Part III, I turn to the pamphlets at issue in this case, assessing whether the information provided is accurate and whether the pamphlets are likely to achieve the County's desired outcome—reductions in firearm suicide and interpersonal violence. To form an opinion on the accuracy and potential efficacy of these materials, I reviewed the peer-reviewed scientific literature on firearms, suicide, and conflict resolution. To identify relevant literature, I searched prominent research databases, including PubMed. I also identified literature familiar to me from my work in the field. **Based on the pamphlets and the research evidence I reviewed, these pamphlets are factually accurate and are likely to contribute to reductions in gun-related injuries and death. I hold these opinions to a reasonable degree of professional certainty.**

## II. Background and Context

5.  Firearms and violence are tightly linked. The majority of homicides and the majority of suicides involve a gun. In this section, I describe the relationship between firearms and suicide and other firearm-related injuries. I then describe the evidence surrounding strategies for reducing firearm-related injury. I focus much of this discussion on suicide and self-harm. I do this for two reasons. First, because suicide prevention is the primary focus of one of the pamphlets at issue in this case, and second, because most firearm deaths are deaths by suicide.

### (a) Firearms and violence are tightly linked, particularly when it comes to suicide

6.  In 2020—the most recent year of data available—firearm-related deaths reached the highest level ever recorded by the Centers for Disease Control and Prevention.[1] Over the last 20 years, approximately 59% of firearm deaths nationwide have been deaths by suicide and 37% have been homicides.[2] Deaths by suicide most often involve a firearm. In 2020, 52.8% of suicide deaths involved a firearm, almost twice as many as suffocation (27.2%), the second-most common method.[2] Similarly, homicides overwhelmingly involve firearms—78.9% of 2020 homicides involved firearms.[2]

7.  Access to firearms increases the risk of death by suicide. State-level analyses have found that states with higher rates of gun ownership generally have higher levels of overall suicide and firearm suicide.[3] Though there are many risk factors for suicide, research has consistently shown that suicide deaths are more likely to occur in homes with firearms than homes without firearms, even after controlling for other factors.[4–6] A study of California residents found an elevated risk of suicide among first-time handgun owners. The population of new handgun owners saw much higher rates of suicide by firearm, but not other methods.[7] The authors note: "[R]eady access to firearms, particularly handguns, is a major risk factor for suicide. . . . This information is also important for current and prospective firearm owners seeking to weigh the risks and perceived benefits of ownership."[7]

2

8. Researchers have also identified key mechanisms that drive the relationship between firearm access and suicide: lethality and impulsivity. Though firearms are the most common method for completed suicide, they are not the most common method of suicide attempt. The most common method of suicide attempt is poisoning. In fact, firearms are used in less than 10% of suicide attempts overall, including both fatal and nonfatal suicide attempts.[8] The case fatality rate of a chosen method, defined as the proportion of all suicidal acts that are fatal, can have an effect on likelihood of death. Multiple studies have estimated the case fatality rate for firearms at approximately 90%.[8–10] The case fatality rate for poisoning is generally estimated to be less than 5%.[8,9] Put simply, research has demonstrated that when an individual uses a firearm in a suicidal act, that act is lethal 90% of the time, but when an individual attempts suicide by poisoning, that act is lethal less than 5% of the time. The disparity in lethality is so great that, although firearms are used in less than 10% of overall suicidal acts, they are the leading method for death by suicide.

9. Because most suicide attempts involve methods with low case fatality rates, including poisoning, most attempts (over 90%) are not fatal.[8,11,12] Importantly, though risk of suicide among those who survive an attempt is greater than among the general public, the vast majority of individuals who survive a suicide attempt will not ultimately die by suicide.[11] This is a critical finding because it demonstrates that the likelihood of ever dying by suicide is strongly correlated with the lethality of an individual's chosen means. Not only are firearms more lethal, but those who choose other, less-lethal means, are less likely to ever die by suicide than those who choose firearms.

10. A second key element in the relationship between firearms and suicide is impulsivity. In the study of California residents, the researchers found that risk for suicide remained high for over a decade after an initial handgun purchase, but that risk of death peaked just after an individual purchased their first handgun.[7] A study of individuals who made near-lethal suicide attempts—defined as attempts in which "the attempter was likely to have died from suicide had they not received emergency medical or surgical intervention, or the attempter unequivocally employed a method with a high case-fatality ratio"—found that the majority of these individuals made the attempt within an hour of their decision to do so and 24% acted within 5 minutes.[13,14] Importantly, the authors also find that those who acted impulsively were just as likely as "nonimpulsive attempters" to have severe outcomes or to require intensive care, suggesting that impulsive attempts are not less harmful than nonimpulsive attempts.[14] These studies indicate that many suicide attempts are impulsive. As a result, the availability of lethal means is strongly correlated to outcome: If someone decides to engage in a suicidal act, the lethality of immediately available means may determine whether that act is fatal.

11. Though studies have often assessed the risks for gun owners and purchasers, those risks extend to others in a gun owner's household. When a gun is in the household, risk of death by suicide increases for anyone in the household, including children.[15–18] Another study of California residents found that women had a higher risk of suicide when a household member acquired a gun compared to women living in "handgun-free homes."[19] Risk of other firearm-related harms increases as well, including domestic violence, homicide, and unintentional

3

shootings.[4,16,20–25] In short, the presence of a firearm increases the likelihood of death by firearm in the home.

**(b) Strategies for reducing suicide and other firearm-related violence**

12. Because of the tight link between firearms and suicide, prevention strategies have primarily focused on limiting access to firearms for those at highest risk of self-harm. These strategies take multiple forms, including policies and behavioral interventions. As with many public health and social problems, a strategy to prevent gun violence must be multi-pronged. There is no single solution.

13. Research has identified multiple gun laws that are associated with reductions in gun violence, including suicide. Laws requiring a permit or license to purchase a gun have consistently been found to have a relationship with reductions in homicide and suicide.[26–30] These laws may reduce suicide because they help identify those at high risk of self-harm and because they extend the time between the decision to purchase and acquisition, limiting impulsive buys.[27,30] Permitting laws are a mechanism for requiring background checks for gun purchases. These checks are intended to flag those individuals who are statutorily prohibited from purchasing or possessing guns.[30] State laws describe many categories of people who are prohibited from purchase and possession, and they may include individuals who have been convicted of certain crimes of violence, who are under a certain age, who have been involuntarily confined to a mental health facility, and those who are subject to domestic violence restraining orders (see, e.g., M.D. Code Ann, Pub. Safety §§ 5-101, 5-134). There are times, however, when a person is at high risk of harming themselves or others, but no statutory prohibition applies.

14. Some states, including Maryland, have adopted Extreme Risk Protection Order laws (also called Red Flag Laws) to provide an option for temporary firearm removal from individuals experiencing a crisis.[31,32] When someone is acting dangerously or communicating dangerous intent, these laws allow specified individuals (the list varies by state, but may include law enforcement, family members, clinicians, etc.) to petition a court to issue an order temporarily prohibiting that individual from purchasing and possessing guns.[31] The order may be issued ex parte initially, but after a hearing, any final orders are generally no longer than a year in length.[32] Maryland's law allows family members, law enforcement, dating partners, and clinicians to file these petitions when an individual appears to be a danger to themselves or others (Md. Code Ann., Pub. Safety § 5-601 et seq). Though these laws are relatively new, early research has found that they may help prevent suicide.[33–35]

15. Though these laws are promising, they are inherently limited in their ability to prevent impulsive suicide or violence. Permit to purchase and other background check laws rely on recordkeeping and statutory definitions to identify those at high risk and limit their access to firearms. Yet, many high-risk individuals, including those who own guns and those who do not yet own guns, will not meet any statutory prohibitions. Similarly, Extreme Risk Protection Order laws rely on specific individuals observing dangerous or concerning behavior. If a person does not communicate or demonstrate dangerous or suicidal intent, or if the observer does not recognize the risk of harm or is unaware of resources to mitigate it,

such an Order is not an effective strategy. In general, laws hold tremendous promise as a strategy for reducing gun violence, but are limited in their ability to respond to suicide. Suicide is often an impulsive act, which means that it is not always possible to identify suicide risk and act upon it.[36]

16. One complementary strategy is to address the availability of lethal means for individuals who are at imminent risk of suicide through secure firearm storage, and public education to promote secure firearm storage. Secure storage offers an evidence-based strategy for reducing risk. In general, the key elements of secure firearm storage are (1) storing a gun unloaded; (2) storing guns locked in a location inaccessible to children; and (3) storing ammunition separately from firearms.[37] Some states, including Maryland, have adopted laws (sometimes called "child access prevention" laws) that mandate secure storage efforts in homes with children. In Maryland, an individual "may not store or leave a loaded firearm in a location where the person knew or should have known that an unsupervised child [under 16] would gain access to the firearm." (Md. Code Ann., Crim. Law § 4-104). These laws are associated with reductions in youth suicide rates, but are difficult to enforce.[38]

17. Though child access prevention laws are difficult to enforce and only apply in certain homes, the research evidence suggests that secure storage can help reduce suicide mortality. Secure storage policies are also popular: A 2019 national survey found that over 74% of respondents supported laws requiring people to lock up guns in the home when not in use to prevent access by children or teenagers without adult supervision. Support was over 50% for subgroups, as well, including Democrats, Republicans, non-gun owners and gun owners.[39]

18. Health care providers have been encouraged, in certain contexts, to provide "lethal means counseling," which helps gun owners and their families understand the links between firearm access and suicide and other violence and emphasizes the importance of secure storage or temporary, voluntary firearm transfer.[40–44] One study of lethal means counseling provided to parents of suicidal youth found that recipients of the counseling were more likely to store their guns securely after receiving lethal means counseling than they were prior to receiving the counseling.[45] In a randomized controlled trial, researchers provided lethal means counseling and distributed firearm cable locks to firearm-owning members of the Mississippi National Guard and then evaluated their secure-storage practices over time. The study found that individuals who received lethal means counseling were more likely to report using a greater number of secure storage practices over time and individuals who received cable locks were more likely to report using locks over time than those who did not receive counseling or locks. Importantly, participants were selected for this study based on gun ownership, not suicide risk.[46]

**III. The pamphlets provided by Anne Arundel County are accurate and likely to help facilitate secure storage and safe practices among gun owners, thereby helping to reduce firearm-related deaths**

19. At issue in this case are two pamphlets, one created by the American Foundation for Suicide Prevention (AFSP) and the National Shooting Sports Foundation (NSSF), and one created by Anne Arundel County. The first pamphlet is focused on firearms and suicide. It outlines the

risk factors and warning signs for suicide, describes safe storage options, and provides resources for those who want to learn more or who are in crisis and need assistance. The second pamphlet is specific to Anne Arundel County, with a large section addressing conflict resolution and a list of organizations, including mental health, suicide prevention, conflict resolution, law enforcement, and veteran resources.

20. The AFSP and NSSF pamphlet is filled with research-backed information about suicide. The risk factors described on page 2 and listed on page 4 of the pamphlet use slightly different language but are substantively identical to the risk factors identified by the Centers for Disease Control and Prevention[47] and in the scientific literature.[15,44] As I outlined in part II.a, supra, access to lethal means, including firearms in particular, increases the risk for suicide. The pamphlet notes that "Access to lethal means including firearms and drugs" is an environmental risk factor. This statement is consistent with a large body of research evidence (see part II.a, supra). The next page (page 5), which lists warning signs, provides a way to operationalize these risk factors—page 4 describes the evidence-informed risk factors and page 5 tells the reader how to identify them in themselves or, importantly, a family member or friend. Page 6 of the pamphlet accurately describes firearms as the mechanism in 50% of suicides. Though the specific percentage varies year to year, it is consistently around 50% (see part II.a, supra). This page also lists strategies for helping others and seeking help for oneself. These strategies include secure firearm storage and temporary transfer, which are evidence-backed mechanisms for suicide prevention, but also include learning about risk factors and talking directly about suicide. The following page lists four options for gun storage that are commonly included in other materials focused on gun safety.[37,48] The last page lists resources, from primary care providers to national phone and chat helplines for people in crisis. In my experience and opinion, the information provided in this pamphlet is accurate and is consistent with research evidence and other suicide prevention materials.

21. The pamphlet created by Anne Arundel County lists county-specific resources and advertises that one of these—the Anne Arundel County Conflict Resolution Center—can help resolve conflict peacefully. The other resources listed are similar to the resources provided on the last page of the AFSP/NSSF pamphlet, but are specific to Anne Arundel County. I do not have any knowledge as to the veracity of the contact information listed here, but the limited substantive information provided here is free of errors. Although the Anne Arundel County pamphlet does not directly link firearm access to an increased risk of interpersonal violence, multiple studies have found that access to firearms increases the risk of firearm homicide victimization, domestic violence homicide, and unintentional shootings.[4,7,19,20,24,25]

22. In my opinion, these materials will help prevent suicide. As I stated above, and as I have argued elsewhere,[49] suicide prevention is most effective through a holistic, multipronged approach that involves laws, behavioral interventions, and diverse collaborations. Because the relationship between firearms and suicide is heavily documented in the scientific literature, it is a reasonable public health strategy for Anne Arundel County to direct the distribution of this educational material to those at increased risk of firearm suicide. Those who have access to firearms and, per recent research,[7] those who have recently purchased their first gun, have an increased risk of firearm suicide. Multiple strategies, including policies and secure storage, that limit access to firearms during times of crisis have been

found to help reduce suicide mortality. These materials leverage a strong partnership between the AFSP and NSSF to provide educational resources and practical steps that can help gun owners, including new gun owners, identify the risk factors of suicide and help keep themselves and their family members safe. The suggestions included in the pamphlet include secure storage, which has a demonstrated protective effect on suicide, particularly for children, and temporary transfer, which is a version of secure storage and is akin to the Extreme Risk Protection Orders that show promise in reduction of suicide. The county-specific document provides resources for residents of the county and the State of Maryland. These resources will help gun owners and their families identify local options for help in times of crisis.

23. The only piece of these pamphlets that diverges from the suicide-prevention approach is the county's inclusion of conflict-resolution resources. While my research does not focus on conflict resolution, there is reason to believe that these resources could be similarly effective at preventing interpersonal violence. There are several community-based programs for violence prevention that have had a beneficial effect on community violence. These programs utilize peer messengers and methods of peaceful, nonviolent conflict resolution to prevent interpersonal violence.[50-52] Conflict resolution is a promising strategy for individuals to resolve disputes without resorting to violence, even where guns are readily available.

24. These pamphlets, by themselves, will not prevent all suicides or interpersonal violence, but they will certainly help. They represent a holistic, multipronged approach to prevention that recognizes the risks of firearms and the important role that gun sellers and owners can play in prevention.

Dated: July 29, 2022                    Respectfully submitted,

Endnotes:

1.    Davis, A, Geller, L, Kim, R, et al. *A Year in Review 2020 Gun Deaths in the U.S.* Johns Hopkins Center for Gun Violence Solutions; 2022:40. https://publichealth.jhu.edu/sites/default/files/2022-05/2020-gun-deaths-in-the-us-4-28-2022-b.pdf.

2.    Centers for Disease Control and Prevention. National Centers for Injury Prevention and Control. Web-based Injury Statistics Query and Reporting System (WISQARS) [online]. Accessed July 21, 2022. www.cdc.gov/injury/wisqars.

3.    Miller M, Lippmann SJ, Azrael D, Hemenway D. Household Firearm Ownership and Rates of Suicide Across the 50 United States. *J Trauma Inj Infect Crit Care*. 2007;62(4):1029-1035. doi:10.1097/01.ta.0000198214.24056.40.

4.      Anglemyer A, Horvath T, Rutherford G. The Accessibility of Firearms and Risk for Suicide and Homicide Victimization Among Household Members. *Ann Intern Med*. 2014;160(2):101-110. doi:10.7326/M13-1301.

5.      Kellermann AL, Rivara FP, Somes G, et al. Suicide in the Home in Relation to Gun Ownership. *N Engl J Med*. 1992;327(7):467-472. doi:10.1056/NEJM199208133270705.

6.      Miller M, Barber C, Azrael D, Hemenway D, Molnar BE. Recent psychopathology, suicidal thoughts and suicide attempts in households with and without firearms: findings from the National Comorbidity Study Replication. *Inj Prev*. 2009;15(3):183-187. doi:10.1136/ip.2008.021352.

7.      Studdert DM, Zhang Y, Swanson SA, et al. Handgun Ownership and Suicide in California. *N Engl J Med*. 2020;382(23):2220-2229. doi:10.1056/NEJMsa1916744.

8.      Conner A, Azrael D, Miller M. Suicide Case-Fatality Rates in the United States, 2007 to 2014. *Ann Intern Med*. 2019;171(12):885-895. doi:10.7326/M19-1324.

9.      Miller M, Azrael D, Hemenway D. The epidemiology of case fatality rates for suicide in the northeast. *Ann Emerg Med*. 2004;43(6):723-730. doi:10.1016/S0196064404000691.

10.     Spicer RS, Miller TR. Suicide acts in 8 states: incidence and case fatality rates by demographics and method. *Am J Public Health*. 2000;90(12):1885-1891. doi:10.2105/ajph.90.12.1885.

11.     Owens D, Horrocks J, House A. Fatal and non-fatal repetition of self-harm: Systematic review. *Br J Psychiatry*. 2002;181(3):193-199. doi:10.1192/bjp.181.3.193.

12.     Nordentoft M, Mortensen PB, Pedersen CB. Absolute Risk of Suicide After First Hospital Contact in Mental Disorder. *Arch Gen Psychiatry*. 2011;68(10):1058-1064. doi:10.1001/archgenpsychiatry.2011.113.

13.     Guns and Suicide in the United States | NEJM. Accessed July 22, 2022. https://www.nejm.org/doi/10.1056/NEJMp0805923?url_ver=Z39.88-2003&rfr_id=ori:rid:crossref.org&rfr_dat=cr_pub%20200www.ncbi.nlm.nih.gov.

14.     Simon OR, Swann AC, Powell KE, Potter LB, Kresnow MJ, O'Carroll PW. Characteristics of impulsive suicide attempts and attempters. *Suicide Life Threat Behav*. 2001;32(1 Suppl):49-59. doi:10.1521/suli.32.1.5.49.24212.

15.     Mann JJ, Michel CA. Prevention of Firearm Suicide in the United States: What Works and What Is Possible. *Am J Psychiatry*. 2016;173(10):969-979. doi:10.1176/appi.ajp.2016.16010069.

16.     Grossman DC, Mueller BA, Riedy C, et al. Gun storage practices and risk of youth suicide and unintentional firearm injuries. *JAMA*. 2005;293(6):707-714. doi:10.1001/jama.293.6.707.

17.    Brent DA, Perper JA, Goldstein CE, et al. Risk factors for adolescent suicide. A comparison of adolescent suicide victims with suicidal inpatients. *Arch Gen Psychiatry*. 1988;45(6):581-588. doi:10.1001/archpsyc.1988.01800300079011.

18.    Brent DA, Perper JA, Allman CJ, Moritz GM, Wartella ME, Zelenak JP. The presence and accessibility of firearms in the homes of adolescent suicides. A case-control study. *JAMA*. 1991;266(21):2989-2995.

19.    Miller M, Zhang Y, Prince L, et al. Suicide Deaths Among Women in California Living with Handgun Owners vs Those Living with Other Adults in Handgun-Free Homes, 2004-2016. *JAMA Psychiatry*. 2022;79(6):582-588. doi:10.1001/jamapsychiatry.2022.0793.

20.    Miller M, Azrael D, Hemenway D. Firearm availability and unintentional firearm deaths. *Accid Anal Prev*. 2001;33(4):477-484. doi:10.1016/s0001-4575(00)00061-0.

21.    Kellermann AL, Rivara FP, Rushforth NB, et al. Gun ownership as a risk factor for homicide in the home. *N Engl J Med*. 1993;329(15):1084-1091. doi:10.1056/NEJM199310073291506.

22.    Wiebe DJ. Homicide and suicide risks associated with firearms in the home: A national case-control study. *Ann Emerg Med*. 2003;41(6):771-782. doi:10.1067/mem.2003.187

23.    Wintemute GJ, Parham CA, Beaumont JJ, Wright M, Drake C. Mortality among recent purchasers of handguns. *N Engl J Med*. 1999;341(21):1583-1589. doi:10.1056/NEJM199911183412106.

24.    Cummings P, Koepsell TD, Grossman DC, Savarino J, Thompson RS. The association between the purchase of a handgun and homicide or suicide. *Am J Public Health*. 1997;87(6):974-978.

25.    Campbell JC, Webster D, Koziol-McLain J, et al. Risk Factors for Femicide in Abusive Relationships: Results from a Multisite Case Control Study. *Am J Public Health*. 2003;93(7):1089-1097. doi:10.2105/AJPH.93.7.1089.

26.    Rudolph KE, Stuart EA, Vernick JS, Webster DW. Association Between Connecticut's Permit-to-Purchase Handgun Law and Homicides. *Am J Public Health*. 2015;105(8):e49-54. doi:10.2105/AJPH.2015.302703

27.    Crifasi CK, Meyers JS, Vernick JS, Webster DW. Effects of changes in permit-to-purchase handgun laws in Connecticut and Missouri on suicide rates. *Prev Med*. 2015;79:43-49. doi:10.1016/j.ypmed.2015.07.013.

28.    Crifasi CK, Merrill-Francis M, McCourt A, Vernick JS, Wintemute GJ, Webster DW. Association between Firearm Laws and Homicide in Urban Counties. *J Urban Health Bull N Y Acad Med*. 2018;95(3):383-390. doi:10.1007/s11524-018-0273-3.

29.     Hasegawa RB, Webster DW, Small DS. Evaluating Missouri's Handgun Purchaser Law: A Bracketing Method for Addressing Concerns About History Interacting with Group. *Epidemiol Camb Mass*. 2019;30(3):371-379. doi:10.1097/EDE.0000000000000989.

30.     McCourt AD, Crifasi CK, Stuart EA, et al. Purchaser Licensing, Point-of-Sale Background Check Laws, and Firearm Homicide and Suicide in 4 US States, 1985–2017. *Am J Public Health*. 2020;110(10):1546-1552. doi:10.2105/AJPH.2020.305822.

31.     Frattaroli S, McGinty EE, Barnhorst A, Greenberg S. Gun Violence Restraining Orders: Alternative or Adjunct to Mental Health-Based Restrictions on Firearms? *Behav Sci Law*. 2015;33(2-3):290-307. doi:10.1002/bsl.2173.

32.     Extreme Risk Protection Order: | Bloomberg American Health Initiative. Accessed July 22, 2022. https://americanhealth.jhu.edu/implementERPO.

33.     Kivisto AJ, Phalen PL. Effects of Risk-Based Firearm Seizure Laws in Connecticut and Indiana on Suicide Rates, 1981-2015. *Psychiatr Serv Wash DC*. 2018;69(8):855-862. doi:10.1176/appi.ps.201700250.

34.     Swanson JW, Norko MA, Lin HJ, et al. Implementation and effectiveness of Connecticut's risk-based gun removal law: does it prevent suicides? *LAW Contemp Probl*. 80(2):30.

35.     Swanson JW, Easter MM, Alanis-Hirsch K, et al. Criminal Justice and Suicide Outcomes with Indiana's Risk-Based Gun Seizure Law. *J Am Acad Psychiatry Law*. 2019;47(2):188-197. doi:10.29158/JAAPL.003835-19.

36.     Miller M, Azrael D, Barber C. Suicide mortality in the United States: the importance of attending to method in understanding population-level disparities in the burden of suicide. *Annu Rev Public Health*. 2012;33:393-408. doi:10.1146/annurev-publhealth-031811-124636.

37.     *A Guide to Responsible Gun Ownership, Safe Handling and Secure Storage*. Project ChildSafe; 2020. https://projectchildsafe.org/wp-content/uploads/2020/12/PCSDigitalBrochure2020.pdf.

38.     Webster DW, Vernick JS, Zeoli AM, Manganello JA. Association between youth-focused firearm laws and youth suicides. *JAMA*. 2004;292(5):594-601. doi:10.1001/jama.292.5.594.

39.     Barry CL, Stone EM, Crifasi CK, Vernick JS, Webster DW, McGinty EE. Trends In Public Opinion on US Gun Laws: Majorities of Gun Owners And Non–Gun Owners Support A Range Of Measures. *Health Aff Proj Hope*. 2019;38(10):1727-1734. doi:10.1377/hlthaff.2019.00576.

40.     Betz ME, Wintemute GJ. Physician Counseling on Firearm Safety. *JAMA*. 2015;314(5):449-450. doi:10.1001/jama.2015.7055.

41.    McCourt AD, Vernick JS, Betz ME, Brandspigel S, Runyan CW. Temporary Transfer of Firearms from the Home to Prevent Suicide: Legal Obstacles and Recommendations. *JAMA Intern Med*. 2017;177(1):96-101. doi:10.1001/jamainternmed.2016.5704.

42.    Runyan CW, Brooks-Russell A, Betz ME. Points of Influence for Lethal Means Counseling and Safe Gun Storage Practices. *J Public Health Manag Pract*. 2019;25(1):86-89. doi:10.1097/PHH.0000000000000801.

43.    Hoops K, McCourt A, Crifasi CK. The 5 A's of firearm safety counseling: Validating a clinical counseling methodology for firearms in a simulation-based randomized controlled trial. *Prev Med Rep*. 2022;27:101811. doi:10.1016/j.pmedr.2022.101811.

44.    Perry SW, Rainey JC, Allison S, et al. Achieving health equity in US suicides: a narrative review and commentary. *BMC Public Health*. 2022;22(1):1360. doi:10.1186/s12889-022-13596-w.

45.    Runyan CW, Becker A, Brandspigel S, Barber C, Trudeau A, Novins D. Lethal Means Counseling for Parents of Youth Seeking Emergency Care for Suicidality. *West J Emerg Med*. 2016;17(1):8-14. doi:10.5811/westjem.2015.11.28590.

46.    Anestis MD, Bryan CJ, Capron DW, Bryan AO. Lethal Means Counseling, Distribution of Cable Locks, and Safe Firearm Storage Practices Among the Mississippi National Guard: A Factorial Randomized Controlled Trial, 2018–2020. *Am J Public Health*. 2021;111(2):309-317. doi:10.2105/AJPH.2020.306019.

47.    Suicide Prevention: Risk and Protective Factors. Centers for Disease Control and Prevention. Accessed July 22, 2022. https://www.cdc.gov/suicide/factors/index.html.

48.    Safe Storage. Bulletpoints Project. Accessed July 22, 2022. https://www.bulletpointsproject.org/safe-firearm-storage-devices/.

49.    McCourt, AD. Firearm Access and Suicide: Lethal Means Counseling and Safe Storage Education in a Comprehensive Prevention Strategy. *Am J Public Health*. 2021;111(2):185-187. doi:10.2105/AJPH.2020.306059.

50.    Butts JA, Roman CG, Bostwick L, Porter JR. Cure violence: a public health model to reduce gun violence. *Annu Rev Public Health*. 2015;36:39-53. doi:10.1146/annurev-publhealth-031914-122509.

51.    Milam AJ, Buggs SA, Furr-Holden CDM, Leaf PJ, Bradshaw CP, Webster D. Changes in Attitudes toward Guns and Shootings following Implementation of the Baltimore Safe Streets Intervention. *J Urban Health Bull N Y Acad Med*. 2016;93(4):609-626. doi:10.1007/s11524-016-0060-y.

52.    Harmon-Darrow C. Conflict Resolution Interventions and Tertiary Violence Prevention Among Urban Nonintimate Adults: A Review of the Literature. *Trauma Violence Abuse*. 2022;23(1):3-19. doi:10.1177/1524838020918672.

# **APPENDIX A**

July 2022

**CURRICULUM VITAE**
**Alexander Duncan McCourt, JD, PhD, MPH**

**PROFESSIONAL DATA**

Johns Hopkins Bloomberg School of Public Health
Department of Health Policy & Management
Johns Hopkins Bloomberg School of Public Health
624 N. Broadway
Baltimore, MD 21205
Email: amccour1@jhu.edu
He | Him | His

**EDUCATION AND TRAINING**

| | |
|---|---|
| 2019 | PhD, Johns Hopkins Bloomberg School of Public Health<br>Health Policy and Management<br>Concentration: Health and Public Policy<br>*Dissertation: Concealed carry of firearms in the United States: a public health law analysis of state policy and state suicide mortality* |
| 2014 | JD, University of Arizona James E. Rogers College of Law<br>*magna cum laude* |
| 2014 | MPH, University of Arizona, Mel and Enid Zuckerman College of Public Health<br>Epidemiology |
| 2010 | B.S. in Health Sciences, University of Arizona<br>Physiology (Honors)<br>*magna cum laude* |

*Bar Admissions*
2014–present    State of Maryland

**PROFESSIONAL EXPERIENCE**

***Johns Hopkins University,* *Baltimore, MD***

Assistant Professor, Department of Health Policy and Management, Johns Hopkins Bloomberg School of Public Health, March 2022–present
*Assistant Director,* Center for Law and the Public's Health
*Director of Legal Research*, Center for Gun Violence Solutions
*Core Faculty*, Center for Injury Research and Policy
*Core Faculty*, Hopkins Business of Health Initiative

Alexander D. McCourt

*Affiliated Faculty,* Bloomberg American Health Initiative

Assistant Scientist, Department of Health Policy and Management, Johns Hopkins Bloomberg School of Public Health, November 2018–February 2022
> *Director of Legal Research*, Center for Gun Violence Prevention and Policy
> *Core Faculty,* Center for Law and the Public's Health
> *Core Faculty,* Center for Injury Research and Policy
> *Affiliated Faculty*, Bloomberg American Health Initiative

Research Assistant, Center for Gun Policy and Research, Johns Hopkins Bloomberg School of Public Health, May 2015–November 2018

Research Assistant, Lainie Rutkow, JD, PhD, MPH, Johns Hopkins Bloomberg School of Public Health, January 2016–November 2018

Legal Research Assistant, Institute for Global Tobacco Control, Johns Hopkins Bloomberg School of Public Health, January 2016–February 2016          ,

**Other Professional Experience**

Research Assistant, James E. Rogers College of Law, University of Arizona, Tucson, AZ, 2014

Law Clerk, Office of the General Counsel, University of Arizona, Tucson, AZ, 2013–2014

Research Assistant, James E. Rogers College of Law, University of Arizona, Tucson, AZ, 2012

Legal Intern, Tucson Family Advocacy Program, A Medical–Legal Partnership, Tucson, AZ, May 2012–August 2012

Student Researcher and Clinical Assistant, Department of Neurology, University of Arizona, Tucson, AZ, 2007–2011

**PROFESSIONAL ACTIVITIES**
*Society Membership*
American Public Health Association, Law Section, Injury Control and Emergency Health Services Section (2014–present)
Maryland State Bar Association (2014–present)
American Bar Association (2014–present)

**EDITORIAL AND PEER REVIEW ACTIVITIES**
*Scientific Journal Peer Review*
American Journal of Criminal Justice; American Journal of Preventive Medicine; American Journal of Public Health; Annals of Epidemiology; Behavioral Sciences & the Law; Crisis: The Journal of Crisis Intervention and Suicide Prevention; Drug and Alcohol Dependence Reports; Health Affairs; Injury Epidemiology; Injury Prevention; JAMA Open; Journal of Causal Inference; Journal of Experimental Criminology; Justice Quarterly; The Lancet Regional Health

Alexander D. McCourt

– Americas; Medical Education Online; Pain Medicine; Preventive Medicine; Race and Social Problems; The Social Science Journal

*Grant Reviews*
CDC Special Emphasis Panel, Research Grants to Prevent Firearm Related Violence and Injuries, Peer Reviewer, April 2022.

Fund for Safer Future Research Review Committee, Gun Violence Prevention Research, Reviewer, July–November 2022.

*Editorial Board Membership*
Senior Managing Editor, Arizona Law Review (2013–2014)
Syllabus Manager, Arizona Law Review (2012–2013)

**HONORS AND AWARDS**
Excellence in Teaching (2020)
John C. Hume Doctoral Award (2018)
Johns Hopkins Center for Gun Policy and Research Dissertation Award (2017–2018)
John Paul Stapp Endowed Scholarship (2016)
Nancy A. Robertson Scholarship in Injury Prevention (2014–2016)
Junius Hoffman "Beyond the JD" Award (2014)
Steptoe & Johnson Editor of the Year (2014)
Steptoe & Johnson 2L Writer of the Year (2013)
Sherman & Howard, L.L.C. Scholarship (2012–2013)
CALI Award for Excellent Achievement in Introduction to Legal and Civil Procedure (2012)
Outstanding Performance in Legal Writing (2012)
Outstanding Performance in Oral Argument (2012)

**PUBLICATIONS AND RESEARCH**
*Journal Articles*
1. **McCourt AD**, White SA, Bandara S, Schall T,* Goodman DJ, Patel E, McGinty EE. (2022). Development and implementation of state and federal child welfare laws related to drug use in pregnancy. *The Milbank Quarterly*. In Press.

2. Bandara S, Schall T, White S, McCourt A, Goodman D, McGinty EE. (2022) Association between U.S. state prenatal drug use laws and child welfare reporting in Alabama, Maryland and Utah. *International Journal of Drug Policy*. 108:103806.

3. Stone EM,* Tormohlen KN, **McCourt AD**, Schmid I,* Stuart EA, Davis CS, Bicket MC, McGinty EE. State opioid prescribing cap laws and receipt of opioid prescriptions for children and adolescents. *JAMA Health Forum*. In Press.

4. Schmid I,* Stuart EA, **McCourt AD**, Tormohlen KN, Stone EM,* Davis CS, Bicket MC, McGinty EE. Effects of state opioid prescribing cap laws on opioid prescribing after surgery. *Health Serv Res*. 2022 Jul 8. doi: 10.1111/1475-6773.14023.

Alexander D. McCourt

5. Doucette ML, Ward JA,* **McCourt AD**, Webster D, Crifasi CK. Officer-Involved Shootings and Concealed Carry Weapons Permitting Laws: Analysis of Gun Violence Archive Data, 2014–2020. *J Urban Health*. Published online May 10, 2022. doi:10.1007/s11524-022-00627-5

6. Hoops K, **McCourt A**, Crifasi CK. The 5 A's of firearm safety counseling: Validating a clinical counseling methodology for firearms in a simulation-based randomized controlled trial. *Preventive Medicine Reports*. 2022;27:101811. doi:10.1016/j.pmedr.2022.101811

7. **McCourt AD**, Hellinger A, Shin MR, Shields W, McDonald E, Michael J, Ehsani JP. State and city laws governing the use of child restraint systems in rideshare vehicles and taxicabs: requirements and responsibility. *Injury Prevention*. Published Online First: 16 March 2022. doi: 10.1136/injuryprev-2021-044500.

8. McGinty EE, Bicket MC, Seewald NJ, Stuart EA, Alexander GC, Barry CL, **McCourt AD**, Rutkow L. Effects of state opioid prescribing laws on use of opioid and other pain treatments among commercially insured U.S. adults. Annals of Internal Medicine. [Epub ahead of print 15 March 2022]. doi:10.7326/M21-4363.

9. Eisenberg MD, **McCourt A**, Stuart EA, Rutkow L, Tormohlen KN, Fingerhood MI, Quintero L, White SA, McGinty EE. Studying how state health services delivery policies can mitigate the effects of disasters on drug addiction treatment and overdose: Protocol for a mixed-methods study. *PLOS ONE*. 2021 Dec 16;16(12):e0261115.

10. Patel E, Bandara S, Saloner B, Stuart EA, Goodman D, Terplan M, **McCourt A**, White S, McGinty EE. Heterogeneity in prenatal substance use screening despite universal screening recommendations: findings from PRAMS, 2016-2018. *American Journal of Obstetrics & Gynecology MFM*. 2021 Jun 8:100419.

11. Doucette ML, Borrup K, Lapidus G, Whitehill JM, **McCourt A**, Crifasi CK. Effect of Washington and Colorado's Cannabis Legalization on Death by Suicides. *Prev Med*. 2021;148:106548. doi: 10.1016/j.ypmed.2021.106548.

12. Polzer E, Nearing K, Knoepke CE, Matlock DD, **McCourt A**, Betz ME. Firearm access in dementia: legal and logistic challenges for caregivers. *Int Rev Psychiatry*. 2021 Apr 1:1-9. doi: 10.1080/09540261.2021.1887098.

13. Hoops K, Johnson T, Grossman ER, **McCourt A**, Crifasi C, Benjamin-Neelon SE. Stay-at-home orders and firearms in the United States during the COVID-19 pandemic [published online ahead of print, 2020 Oct 7]. *Prev Med*. 2020;141:106281. doi:10.1016/j.ypmed.2020.106281

14. **McCourt AD**, Crifasi CK, Stuart EA, Vernick JS, Kagawa RMC, Wintemute GJ, Webster DW. Purchaser Licensing, Point-of-Sale Background Check Laws, and Firearm

4

Alexander D. McCourt

Homicide and Suicide in 4 US States, 1985-2017. *Am J Public Health*. 2020;110(10):1546-1552. doi:10.2105/AJPH.2020.305822.

15. Nestadt PS, MacKrell K,* **McCourt AD**, Fowler DR, Crifasi CK. Prevalence of long gun use in Maryland firearm suicides. *Inj. Epidemiol.* 2020; 7:4.

16. Frattaroli S, Hoops K, Irvin NA, **McCourt A**, Nestadt PS, Omaki E, Shields WC, Wilcox HC. Assessment of physician self-reported knowledge and use of Maryland's extreme risk protection order law. *JAMA Network Open*. 2019; 2(12): e1918037-e1918037.

*17.* Webster DW, **McCourt AD**, Crifasi CK, Booty MD, Stuart EA. Evidence concerning the regulation of firearms design, sale, and carrying on fatal mass shootings in the United States. *Criminol Public Policy*. 2020; 19: 171– 212.

18. Booty M, O'Dwyer J,* Webster D, **McCourt A**, Crifasi C. Describing a "mass shooting": the role of databases in understanding burden. *Inj. Epidemiol*. 2019;6(1):47. https://doi.org/10.1186/s40621-019-0226-7.

**19. McCourt AD**, Sunshine G, Rutkow L. Judicial Opinions Arising from Emergency Preparedness, Response, and Recovery Activities**.** *Health Security*. 2019;17(3):240–47. http://doi.org/10.1089/hs.2018.0118.

20. Crifasi CK, **McCourt AD**, Booty MD, Webster DW. Policies to prevent illegal acquisitions of firearms: impacts on diversions of guns for criminal use, violence, and suicide. *Curr Epidemiol Rep*. 2019;6:238–47. https://doi.org/10.1007/s40471-019-00199-0.

21. Crifasi CK, Merrill-Francis M,* **McCourt A**, Vernick JS, Wintemute GJ, Webster DW. Association between firearm laws and homicide in urban counties. *J Urban Health* 2018;95(3):383–90. https://doi.org/10.1007/s11524-018-0273-3.

22. Betz ME, **McCourt AD**, Vernick JS, Ranney ML, Maust DT, Wintemute GJ. Firearms and dementia: clinical considerations. *Ann Intern Med*. 2018;169(1):47–49. doi: 10.7326/M18-0140.

23. **McCourt AD**, Vernick JS. Law, ethics, and conversations between physicians and patients about firearms in the home. *AMA Journal of Ethics*. 2018;20(1):69–76. doi: 10.1001/journalofethics.2018.20.1.hlaw1-1801.

24. Zeoli AM, **McCourt A**, Buggs S, Frattaroli S, Lilley S, and Webster DW. Analysis of the strength of legal firearms restrictions for perpetrators of domestic violence and their association with intimate partner homicide. *Am J of Epidemiol*. 2018;187(11): 2365-71. https://doi.org/ 10.1093/aje/kwy174.

Alexander D. McCourt

25. **McCourt AD**, Vernick JS, Betz ME, Brandspigel S, Runyan CW. Temporary transfer of firearms from the home to prevent suicide: legal obstacles and recommendations. *JAMA Intern Med*. 2017;177(1):96-101. doi: 10.1001/jamainternmed.2016.5704.

26. Falk T, Yue X, Zhang S, **McCourt AD**, Yee B, Gonzalez R, Sherman SJ.  Vascular endothelial growth factor-B is neuroprotective in an in vivo rat model of Parkinson's disease. *Neurosci. Lett*. 2011;496(1):43–47.

27. Falk T, Congrove NR, Zhang S, **McCourt AD**, Sherman SJ, McKay BS.  PEDF and VEGF-A output from human retinal pigment epithelial cells grown on novel microcarriers.  *J. Biomed Biotechnol*. 2012;2012: 278932. doi: 10.1155/2012/278932.

\* Student co-author

*Invited Commentaries*

1. **McCourt AD**. Firearm Access and Suicide: Lethal Means Counseling and Safe Storage Education in a Comprehensive Prevention Strategy. *Am J Public Health*. 2021;111(2):185-187.

*Datasets*

1. **McCourt A**, Patel A, and Kagawa R. Background Check and Licensing Policies for Firearm Purchase: Design, Implementation, and Enforcement Elements by State (1980-2019). Ann Arbor, MI: Inter-university Consortium for Political and Social Research [distributor], 2021-07-15. https://doi.org/10.3886/E145221V1

*Letters*

1. Stuart EA, Crifasi C, **McCourt A**, Vernick JS, Webster D. Differing perspectives on analyzing data related to firearms and suicide. *Am J Public Health*. 2017;107(8):e26. doi: 10.2105/AJPH.
2017.303890.

*Reports*

1. Davis A, Geller L, Kim R, Villarreal S, **McCourt A**, Cubbage J, Crifasi C. A Year in Review 2020 gun deaths in the U.S. Center for Gun Violence Solutions, Johns Hopkins Bloomberg School of Public Health. April 2022.

2. Crifasi CK, **McCourt AD**, Webster DW. The impact of handgun purchaser licensing on gun violence. Center for Gun Policy and Research. Johns Hopkins Bloomberg School of Public Health. June 13, 2019.

3. Crifasi DW, **McCourt A**, Webster DW. Polices to reduce gun violence in Illinois: research, policy analysis, and Recommendations. Center for Gun Policy and Research, Johns Hopkins Bloomberg School of Public Health. February 2019.

Alexander D. McCourt

4. Webster DW, Crifasi CK, Vernick JS, **McCourt A**. Concealed carry of firearms: facts vs. fiction. Center for Gun Policy and Research. Johns Hopkins Bloomberg School of Public Health. November 16, 2017.

*Other Publications*
1. **McCourt A**, *Rae Ann Rumery, John Skarhus, and Cartwright Elementary School District v. Maria Baier, No. CV-11-0358-PR, 2013 WL 85338 (Ariz. 2013),* Ariz. L. Rev. Syl. (2013).

**PRACTICE ACTIVITIES**
*Presentations to Policymakers, Communities, and Other Stakeholders*
The Johns Hopkins Congressional Briefing. Gun violence and gun policy. December 7, 2021.

Gun Violence and Law, What Can We Do?, University of Baltimore School of Law, Baltimore, MD, October 22, 2019.

Firearm Violence Research and the Need for Funding. American College of Surgeons Advocacy Summit. Washington, D.C. April 1, 2019.

*Testimony*
Testimony (written) in Support of SB 346 - Public Safety – Regulated Firearms – Transfer. Maryland Senate, Judicial Proceedings Committee, February 21, 2019.

Testimony (written and oral) in support of SB 860 and HB 1031–Public Safety–Regulated Firearms–Transfer. Maryland Senate and House of Delegates, February–March 2018.

*Selected Media Coverage*
The Trace. *The Real Significance of the Supreme Court's Gun Decision*. July 19, 2022.
https://www.thetrace.org/2022/07/the-real-significance-of-the-supreme-courts-gun-decision/

C-SPAN. *Alex McCourt on State Gun Laws and Supreme Court Gun Ruling.* July 9, 2022.
https://www.c-span.org/video/?521552-3/washington-journal-alex-mccourt-discusses-state-gun-laws-supreme-court-gun-ruling.

CNBC. *How mass shootings in Uvalde and Buffalo spurred push for first federal gun legislation in decades*. July 1, 2022.
https://www.cnbc.com/2022/07/01/how-uvalde-and-buffalo-spurred-push-for-first-gun-law-in-decades.html.

The Associated Press. *States brace for fight over gun laws after high court ruling*. June 24, 2022.
https://apnews.com/article/us-supreme-court-new-york-jersey-gun-politics-government-and-24a6a82ea365212ecaa7af71f9c72561.

The New York Times. *A New Status Quo*. June 24, 2022.
https://www.nytimes.com/2022/06/24/briefing/supreme-court-guns.html.

7

Alexander D. McCourt

Politifact. *A House proposal does not criminalize gun owners for performing maintenance on their guns*. June 17, 2022.
https://www.politifact.com/factchecks/2022/jun/17/gun-owners-america/house-proposal-does-not-criminalize-gun-owners-per/.

The Washington Post. *State gun-control laws surge after high-profile mass shootings*. June 14, 2022.
https://www.washingtonpost.com/politics/2022/06/14/state-gun-control-buffalo-uvalde-legislation/.

Austin-American Statesman. *Fact-check: How many mass shootings have occurred since Uvalde tragedy?* June 10, 2022. https://www.statesman.com/story/news/politics/politifact/2022/06/10/politifact-explainer-how-many-mass-shootings-since-uvalde-tragedy/7483502001/.

The Washington Post. *Baltimore plans to sue 'ghost gun' part maker as state law takes effect*. May 31, 2022.
https://www.washingtonpost.com/dc-md-va/2022/05/31/baltimore-ghost-guns-lawsuit/.

1A (WAMU/NPR). *The Biden administration just regulated 'ghost guns.' What does that mean?* April 18, 2022.
https://the1a.org/segments/the-biden-administration-just-regulated-ghost-guns-what-does-that-mean/.

Wisconsin Public Radio. *Biden administration adding new regulations for 'ghost guns'.* April 13, 2022. https://www.wpr.org/biden-administration-adding-new-regulations-ghost-guns.

NPR. *The Biden administration is regulating 'ghost guns.' Here's what the rule does*. April 12, 2022. https://www.npr.org/2022/04/12/1092063600/what-are-ghost-guns-explained.

Scripps National News. *Ghost guns used in recent school shootings.* March 24, 2022.
https://www.youtube.com/watch?v=TWDEKUIIYwU.

The Philadelphia Inquirer. *What are 'ghost guns' and are they legal in Pennsylvania?* April 15, 2021. https://www.inquirer.com/philly-tips/ghost-guns-pennsylvania-joe-biden-20210415.html.

C4 & Bryan Nehman. WBAL Newsradio. August 24, 2020.
https://www.wbal.com/podcasts/channel/c4-podcast/942baae8-85ef-4847-8aef-e1e6d6463c79.

Alexander D. McCourt

## CURRICULUM VITAE

**Alexander Duncan McCourt**

Part II

**TEACHING**

_Academic Advisees_
[omitted]

_Capstone Advisees_
[omitted]

_Final Oral Exam Participation_
[omitted]

_Preliminary Oral Exam Participation_
[omitted]

_Classroom Instruction_
Crafting Effective Solutions to Gun Violence: Problem Solving Seminar (4th Term 2022)
Crafting Effective Solutions to Gun Violence: Problem Solving Seminar (4th Term 2021)
Graduate Seminar in Injury Research and Policy (3rd Term 2020)

_Guest Lectures_
_Legal Foundations of Gun Rights and Gun Regulation_. Gun Violence: An
Interdisciplinary Perspective. University of California, Davis. April 11, 2022.

_Legal Powers and Policy Responses to COVID-19_. Current Issues in Public Health:
COVID-19 Pandemic Response. Johns Hopkins Bloomberg School of Public Health.
October 19, 2021.

_Legal Foundations of Gun Rights and Gun Regulation_. Gun Violence: An
Interdisciplinary Perspective. University of California, Davis. April 14, 2021.

_Government Public Health Authority and Duty_. Public Health and the Law. Johns
Hopkins Bloomberg School of Public Health. February 16, 2021.

_Legal Powers and Policy Responses to COVID-19_. Current Issues in Public Health:
COVID-19 Pandemic Response. Johns Hopkins Bloomberg School of Public Health.
October 15, 2020.

_Legal Powers and Policy Responses to COVID-19_. Current Issues in Public Health:
COVID-19 Pandemic Response. Johns Hopkins Bloomberg School of Public Health.
April 30, 2020.

Alexander D. McCourt

*Legal Perspectives on Decision-Making During an Emergency*. Public Health Emergencies: Risk Communication and Decision Sciences. Johns Hopkins Bloomberg School of Public Health. April 30, 2020.

*Government Public Health Authority and Duty*. Public Health and the Law. Johns Hopkins Bloomberg School of Public Health. February 11, 2020.

*Analysis of the Strength of Legal Firearms Restrictions for Perpetrators of Domestic Violence and their Associations with IPH*. Special Topics in Violence Research, Johns Hopkins School of Nursing. September 17, 2019.

*Gun Violence and Policy: An Overview*. Introduction to the Biomedical Sciences, Johns Hopkins Bloomberg School of Public Health. August 15, 2019.

*State Firearm Laws and Suicide: Implications of transfer and public carrying policies*. Department of Mental Health Seminar, Johns Hopkins Bloomberg School of Public Health. October 18, 2017.

*Legal Gun Carrying in Public Places: Impacts on Violence and Implications for Policy* (with Webster DW). The Johns Hopkins Center for Injury Research and Policy. Graduate Seminar Series. Baltimore, MD. August 28, 2017.

<u>*Massive Open Online Course Instruction*</u>
Reducing Gun Violence in America: Evidence for Change. Johns Hopkins University. A Massive Open Online Course (May 2019–present)

<u>*Other Instruction*</u>
Virtual Summer Youth Institute, Reducing Gun Violence: Evidence for Change. Johns Hopkins University, Baltimore, MD. July 13–16, 2020.

Summer Youth Institute, Reducing Gun Violence: Evidence for Change. Johns Hopkins University, Baltimore, MD. July 8–11, 2019.

Supreme Court Teaching Fellow, University of Arizona (2014)

<u>*Teaching Assistant*</u>
Public Health and the Law (2017)
Health Advocacy (2016–2018)
Understanding and Preventing Violence (2016–2018)
Graduate Seminar in Injury and Research Policy (2016)
Fundamentals of Health Policy & Management (2016)
Formulating Policy: Strategies and Systems of Policymaking in the 21st Century (2015)

**RESEARCH GRANT PARTICIPATION**
<u>*Active Support*</u>

Alexander D. McCourt

*Studying Medicare mental health and substance use coverage changes during the COVID-19 pandemic: implications for future coverage policies*

| | |
|---|---|
| Dates: | 1/1/22–9/30/22 |
| Principal Investigators: | Beth McGinty and Alex McCourt (Multi-PIs) |
| Funding Source: | The Commonwealth Fund |
| Funding Level: | $117,736 |
| Main Objective: | to develop expert and evidence-based guidance to inform decisions about whether Medicare policy changes with high relevance for beneficiaries with mental illness and/or substance use disorder made in response to the COVID-19 pandemic should be sustained long-term |
| Effort: | 10% |
| Role: | Principal Investigator (multi-PI) |

*The Role of Permit-to-Purchase in the Primary Prevention of Multiple Forms of Violence*

| | |
|---|---|
| Dates: | 9/30/21–9/29/24 |
| Principal Investigator: | Cassandra Crifasi |
| Funding Source: | Centers for Disease Control and Prevention |
| Funding Level: | $1,049,998 |
| Main Objective: | To extend our knowledge on the effectiveness of permit-to-purchase handgun laws by examining their effects on youth violence and intimate partner violence. |
| Effort: | 30% |
| Role: | Co-Investigator |

*Studying how State and Local Health Services Delivery Policies Can Mitigate the Effects of Disasters on Drug Addiction Treatment and Overdose: A Mixed-Methods Study of COVID-19.*

| | |
|---|---|
| Dates: | 8/1/21-5/30/25 |
| Principal Investigators: | Beth McGinty, Matthew Eisenberg |
| Funding Source: | National Institutes of Health, National Institute on Drug Abuse |
| Funding Level: | $1,727,672 (direct) |
| Main Objective: | To study whether and how state and local health services delivery policies can mitigate disaster-related disruptions to addiction services and prevent drug overdose. |
| Effort: | 20% |
| Role: | Co-Investigator |

*State Medical Cannabis Laws, Chronic Pain, and Opioids: A Mixed-Methods Approach*

| | |
|---|---|
| Dates: | 7/1/20-6/30/24 |
| Principal Investigator: | Beth McGinty (1R01DA049789) |
| Funding Source: | National Institutes of Health, National Institute on Drug Abuse |
| Funding Level: | $1,751,547 (direct) |
| Main Objective: | To use mixed-methods to characterize the implementation and evaluate the effect of state medical cannabis laws on receipt of |

Alexander D. McCourt

| | |
|---|---|
| | guideline-discordant opioid and guideline-concordant non-opioid treatment among patients diagnosed with chronic non-cancer pain. |
| Effort: | 20% |
| Role: | Co-Investigator |

*Ensuring Child Safety in For-Hire Rideshare Vehicles*

| | |
|---|---|
| Dates: | 7/1/2020–6/30/2022 |
| Principal Investigator: | Johnathon Ehsani |
| Funding Source: | Transportation Research Board |
| Funding Level: | $349,991 |
| Main Objectives: | Characterize and analyze state and local policies governing safety use in ridesharing and taxi vehicles. Provide recommendations and guidance to policymakers. |
| Role: | Co-Investigator |

*Using Licensure Authority to Increase Access to Medications for Opioid Use Disorder in Specialty Treatment.*

| | |
|---|---|
| Dates: | 5/1/2020–10/31/22 |
| Principal Investigator: | Brendan Saloner |
| Funding Source: | Arnold Ventures |
| Funding Level: | $611,800 |
| Main Objectives: | The goal of this project is to establish an evidence base for increasing access to medications for opioid use disorder (MOUD) in specialty addiction treatment using state licensure authority. It will develop a consensus statement for implementing laws that require MOUD access and conduct a mixed methods research study to identify the impact of these laws on facilities and patients. |
| Role: | Co-Investigator |

*Impact of Permitless Carry Laws on Violent Crime*

| | |
|---|---|
| Dates: | 10/1/18–12/31/21 |
| Principal Investigator: | Cassandra Crifasi |
| Funding Source: | New Venture Fund |
| Funding Level: | $249,999 |
| Main Objectives: | Using multiple sources of data and multiple methodologies to examine the impact of permitless concealed carry laws on violent crime. |
| Role: | Co-Investigator |

*Using Virtual Reality to Assess Decision-Making by Firearm Carriers*

| | |
|---|---|
| Principal Investigator: | Cassandra Crifasi |
| Funding Source: | The David and Lucille Packard Foundation |
| Main Objectives: | Develop a virtual reality simulation tool to evaluate behaviors related to shooting performance in critical incidents. Assess how individual-level factors affect shooting performance and decision-making |

Alexander D. McCourt

Role:                        Co-Investigator

*Comprehensive Background Check Policies and Firearm Violence: Identifying Effective Design, Implementation, and Enforcement Strategies*
Dates:                       8/2019–8/2022
Principal Investigator:      Rose Kagawa (Daniel Webster, JHU PI)
Funding Source:              National Collaborative on Gun Violence Research
Funding Level:               $613,079
Main Objective:              Investigate elements of comprehensive background check and permit-to-purchase policies that may moderate the policies' effects. Estimate the effects of these policies on a previously unexplored outcome, firearm crimes.
Role:                        Co-Investigator

<u>Past Support</u>
*Evaluating the Intended and Unintended Effects of Opioid Prescribing Cap Policies*
Dates:                       7/15/19–7/19/21
Principal Investigator:      Beth McGinty
Funding Source:              Arnold Foundation
Funding Level:               $293,317
Main Objectives:             Map state CAP policies and conduct a comparative interrupted time series (CITS) study of the effects of state opioid prescribing cap laws on opioid prescribing patterns as well as analyses of these laws' effects on various potential unintended consequences.
Role:                        Co-Investigator

*Ghost Guns Digital Learning*
Dates:                       1/4/2021–6/30/2021
Principal Investigators:     Alexander McCourt and Rebecca Williams
Funding Source:              Bloomberg American Health Initiative
Funding Level:               $19,958.18
Main Objectives:             To design and produce digital learning content intended to educate advocates, policymakers, and the general public about issues related to untraceable "ghost" guns, including existing evidence, the need for more data, and potential policy solutions.
Role:                        Principal Investigator (Multi-PI)

*Ghost Guns: Gathering Data and Evaluating Policy Options for Untraceable Guns*
Dates:                       07/01/2020–6/30/2021
Principal Investigator:      Alexander McCourt
Funding Source:              Bloomberg American Health Initiative Spark Award
Funding Level:               $45,910
Main Objectives:             Characterize state regulation of untraceable ghost guns and gather data on their use from specific states with robust regulations.
Role:                        Principal Investigator

13

Alexander D. McCourt

*The Legal Obligations of Hospitals to Provide Addiction Treatment to Individuals with Substance Use Disorders*

| | |
|---|---|
| Dates: | 5/1/2020–5/31/2021 |
| Principal Investigator: | Alexander McCourt (with Legal Action Center) |
| Funding Source: | Bloomberg American Health Initiative |
| Funding level: | $90,339 |
| Main Objectives: | Develop a legal analysis assessing whether, and under what circumstances, hospitals have a legal obligation to provide addiction treatment to individuals with substance use disorders. The findings of this analysis will then inform the possible directions of efforts to expand access to treatment. |
| Role: | Principal Investigator, JHSPH |

*Studying Implementation, Enforcement, and Outcomes of State Laws Regarding Drug Use in Pregnancy.*

| | |
|---|---|
| Dates: | 5/31/19–5/30/21 |
| Principal Investigator: | Beth McGinty |
| Funding Source: | Bloomberg American Health Initiative Vanguard Award |
| Funding Level: | $250,000 |
| Main Objectives: | Characterize and map the provisions and implementation of state drug use in pregnancy laws through legal research and targeted interviews. Evaluate the effects of these laws on child welfare referral, addiction treatment in pregnancy, and pregnancy and birth outcomes. |
| Role: | Co-Investigator |

*Educating youth advocates for gun violence prevention and core support for the Johns Hopkins Center for Gun Policy and Research*

| | |
|---|---|
| Dates: | 7/1/18 – 6/30/20 |
| Principal Investigator: | Daniel W. Webster |
| Funding Source: | The David and Lucille Packard Foundation |
| Funding Level: | $750,000 |
| Main Objectives: | Developing open online and other educational opportunities for youth and others to understand research relevant to preventing gun violence and supporting the mission of the Center. |
| Role: | Co-Investigator |

*Pending Research Support*

*Exploring Implementation of National Child Welfare Legislation to Improve Services for Parents with Substance Use Disorder*

| | |
|---|---|
| Principal Investigator: | Sachini Bandara |
| Funding Surce: | Foundation for Opioid Response Efforts |
| Funding Level: | $704,185 (direct & indirect) |
| Status: | Submitted December 2021 |
| Main Objectives: | This grant studies the implementation of national child welfare reform to prevent family separation and how implementation may |

14

Alexander D. McCourt

impact parents and children involved in the child welfare system due to parental substance use.

**ACADEMIC SERVICE**
Faculty Senate, Department Representative (September 2021–present)

Johns Hopkins Bloomberg School of Public Health Research Council (February 2020–present)

**PRESENTATIONS**

*Scientific Meetings*
**McCourt AD**, Tormohlen KN, Schmid I, Stone EM, Stuart EA, Davis CS, Bicket MC, McGinty EE. Effects of Opioid Prescribing Cap Laws on Opioid and Other Pain Treatments Among Persons with Chronic Pain. AcademyHealth Annual Research Meeting. June 6, 2022.

**McCourt AD**, Regulation of Concealed Carry in the United States: A Public Health Law Research Analysis of State Permitting Laws. Public Health Law Conference. September 23, 2021.

**McCourt AD,** Statistical Methods in Criminal Justice: Challenges and Opportunities, Discussant. ENAR Spring Meeting. March 17, 2021.

**McCourt, AD.** Purchaser Licensing, Point-of-Sale Background Check Laws, and Firearm Homicide and Suicide in 4 US States, 1985–2017. APHA. Virtual Meeting, October 26, 2020.

**McCourt, AD.** Using synthetic control methods in gun policy research: concealed carry laws and suicide mortality. International Conference on Health Policy Statistics, San Diego, CA, January 8, 2020.

**McCourt A,** Rutkow L, Sunshine G. An analysis of litigation arising from emergency preparedness and response activities in the United States. Poster presentation at the annual meeting of the American Public Health Association, Atlanta, GA, November 2017.

Edwards D, **McCourt A**, Shulman J. An innovative approach to reduce drunk-driving injuries and deaths: using the threat of litigation to encourage rental car companies to install technology to prevent drunk driving. Poster presentation at the annual meeting of the American Public Health Association, Chicago, IL, November 2015.

*Invited Presentations, Seminars, Webinars, Panels*
Public Carrying of Firearms: Understanding the Impact of the Supreme Court's *Bruen* Decision. Johns Hopkins Center for Gun Violence Solutions, Johns Hopkins Bloomberg School of Public Health, Webinar, July 13, 2022.

The Supreme Court & the Future of Gun Laws in the U.S. Red, Brady United Against Gun Violence, Webinar, June 29, 2022.

15

Alexander D. McCourt

A Conversation About Ghost Guns: Baltimore and Beyond, Johns Hopkins Center for Gun Violence Prevention and Policy, Johns Hopkins Bloomberg School of Public Health, Webinar, June 22, 2021.

Research Methods to Evaluate Firearms Policy, Iowa Injury Prevention Research Center, University of Iowa, Webinar, April 21, 2021.

Gun Violence, Mass shootings, and Suicides: What Does Public Health Have to Offer for Firearm Safety? O'Neill Institute Colloquium, Georgetown University Law Center, Washington, D.C., November 13, 2019.

Firearms Law Works-in-Progress Workshop. Duke Center for Firearms Law, Duke University School of Law. Durham, NC. August 2, 2019.

An Analysis of Case Law Arising from Emergency Preparedness and Response Activities in the United States Case Law Arising from Emergency Preparedness, Response, and Recovery Activities. Webinar. CDC Public Health Law Program, ABA Health Law Section, ABA Committee on Disaster Preparedness and Response. November 13, 2018.

Concealed Carry and Suicide: Evaluating the Effect of Exposure to Firearms on State Suicide Rates. Suicide Research Meeting. Baltimore, MD. July 6, 2018.

Rutkow L, **McCourt A**, Sunshine G. Litigation arising from emergency preparedness and response activities in the U.S.: preliminary findings. Public Health Law Program, Centers for Disease Control and Prevention. November 7, 2017.

_Research Objectives_
To use public health law research and empirical methods to study the relationship between policy and health outcomes; to study and assess the effect of laws designed to improve the public's health; to study and shape public health law research methods.

_Keywords_
law, public health law, gun policy, violence, suicide, substance use policy

_Community Service_
Students United for Peace (2016–2017)
UA Advance Directives Clinic (2013)
UA Law Student Legal Referral Clinic (2012)

16

# **APPENDIX B**



# FIREARMS AND
## SUICIDE PREVENTION

EXHIBIT B



# WHAT LEADS
# **TO SUICIDE?**

There's no single cause. Suicide most often occurs when several stressors and health issues converge to create an experience of hopelessness and despair. Depression is the most common health condition associated with suicide, and is often undiagnosed or untreated. Most people who actively manage their mental health conditions lead fulfilling lives. Conditions like depression, anxiety and substance use problems, especially when unaddressed, increase risk for suicide.



# Some People are More at Risk for Suicide than Others

 **+**   **+** 

## HEALTH FACTORS

**Mental health conditions**
- Depression
- Substance use problems
- Bipolar disorder
- Schizophrenia and psychosis
- Personality traits of aggression, mood changes and poor relationships
- Conduct disorder
- Anxiety disorders (PTSD)

**Serious or chronic health conditions and/or pain**

**Traumatic brain injury**

## ENVIRONMENTAL FACTORS

**Stressful life events,** like rejection, divorce, financial crisis, or other life transition or loss

**Prolonged stress,** such as harassment, bullying, relationship problems or unemployment

**Exposure to another person's suicide,** or to graphic or sensationalized accounts of suicide

**Access to lethal means** including firearms and drugs

## HISTORICAL FACTORS

**Previous suicide attempts**

**Family history of suicide**

**Childhood abuse, neglect or trauma**

> Risk factors are characteristics or conditions that increase the chance that a person may try to take their life.

# Take Suicide Warning Signs Seriously



## TALK

**If a person talks about:**
- Killing themselves
- Feeling hopeless
- Having no reason to live
- Being a burden to others
- Feeling trapped
- Unbearable pain

> Most people who take their lives exhibit one or more warning signs, either through what they say or what they do.



## BEHAVIOR

**Behaviors that may signal risk, especially if during a time of transition, stress or loss:**
- Increased use of alcohol or drugs
- Looking for a way to end their lives, such as searching online for materials or means
- Withdrawing from activities
- Isolating from family and friends
- Sleeping too little or too much
- Visiting or calling people to say goodbye
- Giving away prized possessions
- Aggression
- Fatigue



## MOOD

**People who are considering suicide often display one or more of the following moods:**
- Depression
- Anxiety
- Loss of interest
- Irritability
- Humiliation
- Agitation/Anger
- Relief/Sudden Improvement

# Reaching Out Can Help Save a Life

**SUICIDE IS A LEADING CAUSE OF DEATH, AND IT'S PREVENTABLE**
By keeping secure firearm storage in mind, you can help reduce the number of suicides involving firearms.

**LEARN THE RISK FACTORS AND WARNING SIGNS OF SUICIDE**
If you are worried about a friend or family member, trust your gut and don't wait for them to reach out.

**LET THEM KNOW YOU CARE**
Ask them directly about suicide and encourage them to seek help. Talking about suicidal thoughts and showing concern will not put someone at greater risk.

**IF YOU ARE CONCERNED ABOUT A LOVED ONE**
Always store firearms securely and consider temporary off-site storage for firearms when not in use.

**IF YOU'RE GOING THROUGH A DIFFICULT TIME**
If lawful where you live, consider giving the firearms and gun lock keys to a trusted family member or friend.

**DID YOU KNOW?**

Firearms are used in 50% of all suicides in the United States.



# Firearms Storage For Your Lifestyle

**As a gun owner, you can choose from multiple options for safely storing and protecting your firearms when they're not in use.**

### CABLE LOCK
Starting at $10
Requiring either a key or combination to unlock, an inexpensive cable lock runs through the barrel or action of most firearms to prevent it from being loaded and fired.

### LOCK BOX
Starting at $25
With an integrated lock, storage boxes provide reliable protection for firearms. Electronic boxes can be accessed only by using a special code or biometrics.

### GUN CASE
Starting at $20
A gun case is an affordable storage solution for those looking to secure, conceal, protect or legally transport a firearm. Be sure to lock the case with an external device for added security.

### FULL SIZE GUN SAFE
Starting at $200
A gun safe allows you to safely store multiple firearms in one place.

Additional firearm safety resources are available at **ProjectChildSafe.org.**



**RESOURCES**

✚ **Visit**
Your Primary Care Provider
Mental Health Professional
Walk-in Clinic
Emergency Department
Urgent Care Center

🔍 **Find a mental health provider**
findtreatment.samhsa.gov
mentalhealthamerica.net/finding-help

📞 **National Suicide Prevention Lifeline**
1-800-273-TALK (8255)
Veterans: Press 1

📱 **Text TALK to 741741**
Text with a trained crisis counselor
from the Crisis Text Line for free, 24/7

➹ **CrisisChat.org**

911 **Call 911 for emergencies**





American
Foundation
*for* Suicide
Prevention



## DO YOU HAVE UNRESOLVED CONFLICTS?

### ARE YOU LOOKING FOR PEACEFUL SOLUTIONS?

### WANT TO KNOW WHAT MEDIATION CAN DO FOR YOU?

**Conflict Resolution is a process to help you find the best way to resolve conflicts and disagreements peacefully.**

## RESOURCES

**Anne Arundel County Conflict Resolution Center**
410-266-9033 - programs@aacrc.info - www.aacrc.info

**Anne Arundel County Warmline**
410-768-5522

**Anne Arundel County Police**
911

**Veteran's Crisis Line**
1-800-273-8255, Press 1,
or text to 838255

**Suicide Prevention Toolkit**
aahealth.civilspace.io/en/projects/
suicide-prevention-toolkit




The services and facilities of the Anne Arundel County Department of Health are available to all without regard to race, color, religion, political affiliation or opinion, national origin, age, gender identity, sexual orientation or disability.      3/2022

EXHIBIT C