# EXHIBIT 4

FINAL

COUNTY COUNCIL OF ANNE ARUNDEL COUNTY, MARYLAND

Legislative Session 2021, Legislative Day No. 23

Bill No. 108-21

Introduced by Ms. Rodvien

By the County Council, December 6, 2021

---

Introduced and first read on December 6, 2021
Public Hearing set for and held on January 3, 2022
Bill Expires on March 11, 2022

By Order: Laura Corby, Administrative Officer

---

A BILL ENTITLED

1  AN ORDINANCE concerning: Public Safety – Distribution of Literature to Purchasers of
2     Guns or Ammunition
3
4  FOR the purpose of requiring the Health Department to prepare and distribute certain
5     literature to establishments that sell guns or ammunition; adding certain display and
6     distribution requirements for sellers; authorizing enforcement by the Health
7     Department; making a violation a Class C civil offense; providing for an abnormal
8     effective date; and generally relating to public safety.
9
10  BY adding: § 12-6-108
11     Anne Arundel County Code (2005, as amended)
12
13     SECTION 1. *Be it enacted by the County Council of Anne Arundel County, Maryland,*
14  That Section(s) of the Anne Arundel County Code (2005, as amended) read as follows:
15
16                    **ARTICLE 12. PUBLIC SAFETY**
17
18                    **TITLE 6. MISCELLANEOUS PROVISIONS**
19
20  **12-6-108. Distribution of literature to purchasers of guns or ammunition.**
21
22     (A) **Duties of Health Department.** THE ANNE ARUNDEL COUNTY HEALTH
23  DEPARTMENT SHALL PREPARE LITERATURE RELATING TO GUN SAFETY, GUN TRAINING,
24  SUICIDE PREVENTION, MENTAL HEALTH, AND CONFLICT RESOLUTION AND DISTRIBUTE
25  THE LITERATURE TO ALL ESTABLISHMENTS THAT SELL GUNS OR AMMUNITION.

---

EXPLANATION:   CAPITALS indicate new matter added to existing law.
              [[Brackets]] indicate matter repealed from existing law.
              Captions and taglines in **bold** in this bill are catchwords and are not law.

Bill No. 108-21
Page No. 2

    (B) **Requirements.** ESTABLISHMENTS THAT SELL GUNS OR AMMUNITION SHALL MAKE THE LITERATURE DISTRIBUTED BY THE HEALTH DEPARTMENT VISIBLE AND AVAILABLE AT THE POINT OF SALE. THESE ESTABLISHMENTS SHALL ALSO DISTRIBUTE THE LITERATURE TO ALL PURCHASERS OF GUNS OR AMMUNITION.

    (C) **Enforcement.** AN AUTHORIZED REPRESENTATIVE OF THE ANNE ARUNDEL COUNTY HEALTH DEPARTMENT MAY ISSUE A CITATION TO AN OWNER OF AN ESTABLISHMENT THAT SELLS GUNS OR AMMUNITION FOR A VIOLATION OF SUBSECTION (B).

    (D) **Violations.** A VIOLATION OF THIS SECTION IS A CLASS C CIVIL OFFENSE PURSUANT TO § 9-2-101 OF THIS CODE.

    SECTION 2. *And be it further enacted*, That this Ordinance shall take effect 90 days from the date it becomes law.

READ AND PASSED this 3rd day of January, 2022

                                      By Order:

                                                  Laura Corby
                                                  Administrative Officer

PRESENTED to the County Executive for his approval this 4th day of January, 2022

                                                  Laura Corby
                                                  Administrative Officer

APPROVED AND ENACTED this 10th day of January, 2022

                                                  Steuart Pittman
                                                  County Executive

EFFECTIVE DATE:  April 10, 2022