## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MARYLAND

**MARYLAND SHALL ISSUE, INC.**
9613 Harford Rd., Ste C #1015
Baltimore, Maryland 21234-2150

**FIELD TRADERS, LLC**
2400 Mountain Rd
Pasadena, MD 21122                                    Civil Case No.: 1:22-cv-00865-SAG

**CINDY'S HOT SHOTS, INC.**
Unit C
115 Holsum Way
Glen Burnie MD 21060

**PASADENA ARMS, LLC**
2441A Mountain Rd
Pasadena, MD 21122

**WORTH-A-SHOT, INC.**
8424 Veterans Hwy #10-12
Millersville, MD 21108

   *Plaintiffs,*

           v.

**ANNE ARUNDEL COUNTY,**
 **MARYLAND**
44 Calvert Street
Annapolis, MD 21401

   *Defendant.*

---

### NOTICE OF APPEAL

All the plaintiffs, as captioned above, hereby appeal to the United States Court of Appeals for the Fourth Circuit, the district court's final order (Docket # 56) and memorandum opinion (Docket # 55) dated March 21, 2023, and filed March 22, 2023, granting defendant's motion for summary judgment and denying plaintiffs' motion for summary judgment and closing the case.

Respectfully submitted,

*/s/ Mark W. Pennak*

MARK W. PENNAK
MARYLAND SHALL ISSUE, INC.
9613 Harford Rd
Ste C #1015
Baltimore, MD 21234-21502
mpennak@marylandshallissue.org
Phone: (301) 873-3671
MD Atty No. 1905150005
District Court Bar No. 21033

*Counsel for Plaintiffs*